IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br>             Plaintiff, <br>   v. <br>DIANA MUSSELMAN, et al., <br><br>             Defendants | No. C-06-2306 MMC <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    Before the Court is plaintiff's case management statement, filed June 27, 2006. Plaintiff indicates it has not served any defendant, but intends to serve all defendants within the coming week. Given that no defendant has been served, there is no reason to conduct a case management conference at this time.

    Accordingly, the case management conference is hereby CONTINUED from June 30, 2006 to August 25, 2006. A joint case management statement shall be filed no later than August 18, 2006.

    **IT IS SO ORDERED.**

Dated: June 28, 2006

_____
MAXINE M. CHESNEY
United States District Judge