1  Konrad L. Trope, Esq. SBN 133214
   **Novo Law Group, P.C.**
2  University Towers
   4199 Campus Drive, Suite 550
3  Irvine, California 92612
   (949) 509-6531 (tel)
4  (949) 509-6532 (fax)

5  Attorneys for Plaintiff PACIFIC INFORMATION RESOURCES, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | PACIFIC INFORMATION RESOURCES, INC., | ) | **CASE NO. C06-02306 MMC** |
   |---|---|---|
13 | Plaintiff, | ) | [Before the Honorable Maxine M. Chesney Courtroom: 7] |
14 | v. | ) | ORDER GRANTING REQUEST FOR CONTINUANCE OF |
15 | DIANA MUSSELMAN, et. al., | ) | CASE MANAGEMENT CONFERENCE |
16 | Defendants. | ) | Filing Date : March 31, 2006 |
   |             | ) | Discovery Cut-Off Date: None |
17 |             | ) | Trial Date: None |
   |             | ) | Rule 16 Conference : August 25, 2006 |
18 | _____ | ) | |

19

20

21

22

23

24

25

26

27
                                    1
28  **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

1  Plaintiff, PACIFIC INFORMATION RESOURCES, INC., through its counsel, and
2  subject to the approval of the Court, hereby request that the current Case Management
3  Conference be extended to a new date as determined by the Court.
4  Plaintiff respectfully requests that the Court permit this continuance because on or about
5  August 22, 2006, all Defendants except for two, who are hiding, have been served with the
6  Complaint and the TRO application. Each Defendant was served with a 300-page stack and
7  continuing the date would allow time for the Defendants to retain counsel and each attorney to
8  become more familiar with the case.
9  Indeed, by this Friday, August 25, 2006, Plaintiff's counsel expects that some, if not all of
10 the Defendants, will have filed oppositions to the pending application for TRO. Thus, a
11 continuance will enable the parties to "make their appearances" and possibly enable the court to
12 schedule a meaningful OSC Re: Preliminary Injunction combined with the Case Management
13 Conference.

Respectfully submitted,

DATED: August 22, 2006                    **NOVO LAW GROUP, P.C.**

BY:   /s/
      Konrad L. Trope, Esq.
      Attorneys for Plaintiff PACIFIC
      INFORMATION RESOURCES, INC.

**ORDER**

The Court has reviewed the REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE. The new Case Management Conference will be set for December 15, 2006, at 10:30 a.m.; a joint statement shall be filed by December 8, 2006. Plaintiff shall immediately serve this order on all defendants as to whom plaintiff has accomplished service.

IT IS SO ORDERED.

Dated: August 23, 2006        By: _____
                                  Honorable Maxine M. Chesney

2
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**