1   Konrad L. Trope, Esq. SBN 133214
    **Novo Law Group, P.C.**
2   University Towers
    4199 Campus Drive, Suite 550
3   Irvine, California 92612
    (949) 509-6531 (tel)
4   (949) 509-6532 (fax)

5   Attorneys for Plaintiff PACIFIC INFORMATION RESOURCES, INC.

6

7

8               **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10

11

| | |
|---|---|
| 12  PACIFIC INFORMATION RESOURCES, INC., | )  **CASE NO. C06-02306 MMC** |
| 13        Plaintiff, | ) <br> )  [Before the Honorable Maxine M. Chesney |
| 14     v. | )  Courtroom:  7] <br> ) |
| 15  DIANA MUSSELMAN, individually, et. al., | )  ~~[PROPOSED]~~ **JOINT STIPULATION** <br> )  **AND ORDER APPROVING SAID** |
| 16       Defendants. | ))  **STIPULATION PURSUANT TO LOCAL** <br> )  **RULE 6-2 RE FILING OF OPPOSITION** |
| 17 | )  **TO, AND REPLY IN SUPPORT OF** <br> )  **DEFENDANT AIRON'S MOTION FOR** <br> )  **MORE PARTICULARITY UNDER** |
| 18  _____ | )  **FRCP 9(B).** |

19                            2nd Amend Comp. Filed : September 11, 2006
20                            Prop. Reply Due Date:   October 31, 2006
                               Hearing Date:         November 3, 2006
21                            Time:                  10:00 a.m.

22                            Discovery Cut-Off Date:  None
                               Trial Date:           None
23                            Rule 16 Conference :    December 15, 2006

24       Plaintiff Pacific Information Resources, Inc. ("Pacific") and Defendant Airon Corporation

25  ("Airon"), parties in the above-captioned lawsuit, hereby stipulate that in the interests of fairness

26  and equity, and in promotion of resolving Defendant Airon's Motion for More Particularity

27                                     1

28

1   Under FRCP 9(b) on the merits, the parties hereby state the following facts and circumstances,

2   pursuant to Local Rule 7-12 and present the resulting stipulation, subject to this court's approval

3   in accordance with Local Rule 6-2:

4

5       1.    Counsel for Pacific timely filed an Opposition to Defendant Musselman's Motion

6           for a More Definite Statement Under FRCP 12(e);

7

8       2.    Counsel for Defendant Airon filed a Joinder to Musselman's Motion.  Airon's

9           Joinder also contained a Motion for More Particularity Under FRCP 9(b).

10

11      3.    Counsel for Plaintiff Pacific inadvertently misread Airon's Joinder and did not

12          realize the necessity of filing a separate Opposition to Airon's Motion.  Upon

13          receiving Airon's Reply, Pacific's Counsel realized his error and immediately

14          contacted Airon's Counsel on October 23 seeking a resolution to this predicament.

15

16      4.    In the interests of having Airon's Motion for More Particularity resolved on the

17          merits, Counsel for Airon graciously agreed to allow Pacific to file an Opposition,

18          upon the condition that Airon could file a reply or response thereto.

19

20      5.    This stipulation should not in any way cause any delay or modification to the

21          scheduled hearing in this matter of November 3, 2006.

22

23      6.    This court has, on two prior occasions, previously "continued" the Rule 16 Case

24          Management Conference owing to logistical difficulties in Plaintiff locating and

25          serving all Defendants.

26

27

28

**STIPULATION RE: AIRON'S MOTION FOR PARTICULARITY**
**Case No. C06-02306 MMC**

7.      Plaintiff and certain Defendants have stipulated to extensions to Respond to the

Complaint as they complete settlement discussions.  These settlement discussions

have been productive and stipulated dismissals of certain defendants are shortly

forthcoming. Otherwise, there have been no other continuances of any kind.

8.      Thus, counsel for Pacific and Airon, stipulate, subject to court approval, as

follows:

A.      Pacific shall file and serve this Stipulation, executed by counsel for Pacific

and Airon, along with Pacific's Opposition to Airon's Motion not later

than October 26, 2006;

B.      Airon shall file and serve by e-mail a brief in reply to Pacific's Opposition

not later than October 31, 2006;

IT IS SO STIPULATED:

Dated: October 25, 2006                              **NOVO LAW GROUP, P.C.**

BY:_____/s/_____

Konrad L. Trope, Esq.
Attorneys for Plaintiff PACIFIC
INFORMATION RESOURCES,
INC.

3
**STIPULATION RE: AIRON'S MOTION FOR PARTICULARITY**
                                                    **Case No. C06-02306 MMC**

1    Dated: October 2_, 2006                          **BADGLEY MULLINS LAW GROUP**

2

3
                                                      By: _____/s/_____
4                                                          Duncan Turner, Esq.
                                                           Attorneys for Defendant AIRON
5                                                          CORP.

6

7    **PURSUANT TO STIPULATION, IT IS SO ORDERED,**

8

9

10
     **Dated: October 31, 2006**                      **By:** _____
11                                                    **Maxine M. Chesney, District Court Judge**
                                                      **United States District Court for the**
12                                                    **Northern District of California**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                          4
     _____
     **STIPULATION RE: AIRON'S MOTION FOR PARTICULARITY**
28                                          **Case No. C06-02306 MMC**