IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIANA MUSSELMAN, et al., <br><br> Defendants <br> _____ / | No. C-06-2306 MMC <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

By order filed November 1, 2006, the Court ordered plaintiff to show cause why its claims against defendants other than Diana Musselman should not be dismissed on the ground such defendants have been misjoined herein. Plaintiff has filed a response to the Court's order, and certain of the defendants have filed replies to plaintiff's response; the matter was submitted as of December 1, 2006.

Because the propriety of plaintiff's having joined over twenty defendants in the instant case is currently under submission, the Court finds it would be premature to conduct a case management conference on December 15, 2006.

Accordingly, the case management conference is hereby CONTINUED to January 26, 2007, at 10:30 a.m. A joint case management statement shall be filed no later than January 19, 2007.

**IT IS SO ORDERED.**

Dated: December 5, 2006

MAXINE M. CHESNEY
United States District Judge