IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIANA MUSSELMAN, et al., <br><br> Defendants <br> _____/ | No. C-06-2306 MMC <br><br> **ORDER CONDITIONALLY GRANTING REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

    Before the Court is defendant Diana Musselman's ("Musselman") "Request to Attend the Case Management Conference Via Telephone," filed January 19, 2007, as well as a joinder, also filed January 19, 2007, on behalf of defendants Airon Corporation, Alexei Borisov, and Levon Gasparian (collectively, "Airon").

    Having considered the matter, the Court hereby GRANTS Musselman's request, on the condition that John W. Dozier, Jr., is available on a stand-by basis by telephone, and that California co-counsel, specifically, Jack D. Hull, appears in person and is fully prepared to participate at the conference. The Court also GRANTS Airons' joinder, on the condition that Duncan C. Turner is available on a stand-by basis by telephone, and that California co-counsel, specifically, Steven J. Rood, appears in person and is fully prepared to participate at the conference.

    **IT IS SO ORDERED.**

Dated: January 23, 2007

                                                          MAXINE M. CHESNEY <br>
                                                          United States District Judge