**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, <br><br> Plaintiff <br><br> v. <br><br> DIANA MUSSELMAN, et al., <br><br> Defendants <br> _____/ | No. C 06-2306 MMC <br><br> **ORDER DIRECTING DEFENDANTS TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On February 26, 2007, defendants Airon Corporation, Alexei Borisov, and Levon Gasparian electronically filed their answer to the Third Amended Complaint. Defendants have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Defendants are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Defendants are hereby advised that if they fail in the future to comply with the Court's Standing Order to provide chambers copies of electronically-filed documents, the

1 | Court may impose sanctions, including, but not limited to, striking from the record any
2 | electronically-filed document of which a chambers copy has not been timely provided to the
3 | Court.
4 | **IT IS SO ORDERED.**
5 |
6 | Dated: March 8, 2007
7 | _____
   | MAXINE M. CHESNEY
   | United States District Judge