**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  PACIFIC INFORMATION RESOURCES,          No. C-06-2306 MMC
    INC.,
12                                          **ORDER DEEMING APPLICATION FOR**
                  Plaintiff,                **TEMPORARY RESTRAINING ORDER**
13                                          **WITHDRAWN**
      v.
14
    DIANA MUSSELMAN, et al.,
15
                  Defendants
16  _____/

17

18          On August 11, 2006, plaintiff filed an application for a temporary restraining order.

19  By order filed September 7, 2006, the Court directed plaintiff to notice the matter for

20  hearing if plaintiff wished the Court to consider it.  To date, plaintiff has not noticed the

21  matter for hearing.

22          Accordingly, the Court deems the application withdrawn.

23          **IT IS SO ORDERED.**

24
    Dated: March 12, 2007
25                                          _____
                                            MAXINE M. CHESNEY
26                                          United States District Judge

27

28