United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIANA MUSSELMAN, et al., <br><br> Defendants / | No. C-06-2306 MMC <br><br> **ORDER DISCHARGING IN PART ORDER TO SHOW CAUSE; DIRECTING PLAINTIFF TO SHOW CAUSE WHY CLAIMS AGAINST THREE DEFENDANTS SHOULD NOT BE DISMISSED** |

By order filed November 1, 2006, the Court ordered plaintiff Pacific Information Resources, Inc. to show cause why its claims against certain defendants should not be dismissed, on the ground such defendants are not properly joined herein. By order filed January 5, 2007, the Court discharged the order to show cause as to 13 defendants, specifically, Airon Corporation, Alexei Borisov, Levon Gasparian, Renee Dunbar, Peter Dunbar, Paretologic, Inc., Adrian Pereira, Elton Pereira, Jason-Leo Carvallo, Rosson Ventures, Linda Rosson, Barry Rosson, and Matthew Rosson. Additionally, in its January 5, 2007 order, the Court ordered plaintiff to make a further showing, at the January 26, 2007 case management conference, as to the propriety of joining herein plaintiff's claims against 8 other defendants, specifically, Diana Musselman, William M. Tiepelman, Linda L. Tiepelman, Mediachoice, Inc., Arnold E. Kuenn, Andrea Kuenn, Zaba, Inc., and Robert

Zakari.

On January 25, 2007, plaintiff filed a Third Amended Complaint, in which plaintiff no longer alleges any claims against Arnold E. Kuenn, Andrea Kuenn, Zaba, Inc., and Robert Zakari. Accordingly, the Court's order to show cause, as to those four defendants, is hereby DISCHARGED as moot.

On January 25, 2007, plaintiff filed the Third Expert Declaration Report of Ran Libeskind Hadas, Ph.D., the content of which the Court finds sufficient to show cause why the Court should not sua sponte dismiss plaintiff's claims against Diana Musselman. Accordingly, the Court's order to show cause, as to said defendant, is hereby DISCHARGED.

With respect to the remaining three defendants for which the order to show remains in effect, specifically, William M. Tiepelman, Linda L. Tiepelman, and Mediachoice, Inc., plaintiff has failed to make any showing to show why the joinder of said defendants is proper. Nevertheless, in light of plaintiff's representations at the January 26, 2007 case management conference that plaintiff had settled, or was in the process of settling, with said defendants, the Court has not dismissed plaintiff's claims against those defendants. To date, however, plaintiff has not filed a notice of dismissal of said defendants in light of a settlement, nor has plaintiff otherwise informed the Court as to the status of such settlement. Accordingly, the Court hereby gives plaintiff notice that it will dismiss plaintiff's claims against Williams M. Tiepelman, Linda L. Tiepelman, and Mediachoice, Inc., for lack of proper joinder and without prejudice, unless plaintiff, no later than March 23, 2007, files a notice of dismissal in light of a settlement or indicates why, in light of a pending settlement or otherwise, its claims against said three defendants should not dismissed.

**IT IS SO ORDERED.**

Dated: March 12, 2007

MAXINE M. CHESNEY
United States District Judge

2