UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br>   Plaintiff, <br><br> v. <br><br> DIANA MUSSELMAN, individually, et. al. <br><br>   Defendants. | CASE NO. C06-02306 MMC <br><br> [Before the Honorable Maxine M. Chesney Courtroom: 7] <br><br> STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS MEDIACHOICE, ARNOLD E. KUENN AND ANDREA KUENN; ORDER THEREON <br><br> 3rd Am. Compl. Filed: January 25, 2007 <br> Discovery Cut-Off: November 7, 2007 <br> Trial Date: May 5, 2008 <br> Rule 16 Conference: January 26, 2007 |

Defendants MediaChoice, Inc., an Arizona corporation d/b/a www.DetectiveChoice.com, Arnold E. Kuenn, individually and Andrea Kuenn, individually (hereinafter collectively "MediaChoice") acknowledge, agree, and stipulate to the following:

(1) that Plaintiff Pacific Information Resources, Inc. (Pacific) owns and operates the website located at www.searchsystems.net (the "WEBSITE");

(2) that Pacific has registered two valid copyrights concerning the WEBSITE. One registration, bearing Registration No. TX 6-275-368 protects the text of the WEBSITE, bearing the URL www.searchsystems.net. Plaintiff's other valid

---
1
Permanent Injunction Against MediaChoice, Arnold E. Kuenn and Andrea Kuenn
Case No. C06-02306 MMC

1  copyright registration at issue in this stipulated permanent injunction, bears
2  Registration No. TX 6-275-367 which protects the PHP Hyper Text Processor
3  source code of the **WEBSITE**. True and correct copies of the copyright
4  registrations are attached hereto and incorporated herein as **Exhibit "1"** (the
5  **"COPYRIGHTS"**);

6  (3)  that Pacific also has a valid registration from the United States Patent and
7  Trademark Office for its service mark consisting of the word mark "search
8  systems" within a design or drawing bearing USPTO Trademark Registration No.
9  2019094 (the **"SERVICE MARK"**). A true and correct copy of this registration
10  for Plaintiff's registered **SERVICE MARK** is attached hereto and incorporated
11  herein as Exhibit "2"; and

12  (4)  that Pacific has continuously, for the preceding five years, at the very least,
13  continuously and openly used variations of its registered **SERVICE MARK**, but
14  such variations, while not registered, acquired secondary meaning and thus are
15  fully protected under applicable federal and state law as described in Pacific's
16  Third Amended Complaint on file with the court; that Pacific's registered
17  **SERVICE MARK** and unregistered service marks are collectively hereinafter
18  referred to as the **"SERVICE MARKS"** and that the unregistered but legally
19  valid and protected **SERVICE MARKS** of Plaintiff include, but are not limited
20  to, the terms: "searchsystems", "searchsystems.net".

21  Accordingly, Defendants MediaChoice, Inc., an Arizona corporation d/b/a
22  www.DetectiveChoice.com, Arnold E. Kuenn, individually and Andrea Kuenn, individually,
23  agree, consent and stipulate to the entry of a permanent injunction against themselves, and their
24  officers, agents, servants, employees, and attorneys, and those persons in active concert or
25  participation with them who receive actual notice of this injunction from reproducing, copying,
26  manufacturing, importing, using, promoting, selling, renting, leasing, distributing, or displaying:

27  (1)  any part of the **WEBSITE** or any website substantially similar to the copyright
28  protected **WEBSITE**;

1  (2) any part of the SERVICE MARKS; or
2  (3) from authorizing anyone to do the same, or from exercising any other of the
3      exclusive rights of a copyright owner and a service mark owner under the various
4      federal and state statutes listed in Pacific's Third Amended Complaint.
5  Defendants further agree and stipulate to be permanently enjoined from:
6  (1) selling or marketing services in any way that tends to deceive, mislead, or confuse
7      the public into believing that the Defendants' websites were or are in any way
8      sanctioned by or affiliated with Pacific's WEBSITE;
9  (2) diluting the distinctive quality of Pacific's SERVICE MARKS; or
10 (3) otherwise competing unfairly with Pacific or its WEBSITE; or
11 (4) from authorizing anyone to do the same, or from exercising any other of the
12     exclusive rights of a copyright owner and a service mark owner under the various
13     federal and state statutes listed in Pacific's Third Amended Complaint.
14 Notwithstanding the dismissal, by Plaintiff Pacific, of this action, with prejudice, as to
15 only Defendants MediaChoice, Inc., an Arizona corporation d/b/a www.DetectiveChoice.com,
16 Arnold E. Kuenn, individually and Andrea Kuenn, individually, the parties hereto agree,
17 acknowledge and consent to this court retaining jurisdiction to enforce this injunction or
18 otherwise adjudicate any and all disputes arising out of or related to this injunction and the
19 parties named herein.
20 ACKNOWLEDGED, AGREED AND UNDERSTOOD by the Parties hereto who have
21 executed this Stipulated Permanent Injunction by their duly authorized officers as of the date and
22 year set forth below.:
23
24 PACIFIC INFORMATION RESOURCES, INC.
25
26 By: _____
27 Title: _____CEO_____
28 Date: _____3-23-07_____

3
Permanent Injunction Against MediaChoice, Arnold E. Kuenn and Andrea Kuenn
Case No. C06-02306 MMC

MEDIACHOICE, INC.

By: [signature]
Title: President
Date: 2-20-07

ANDREA KUENN

[signature]
Date: 2-20-07

ARNOLD KUENN

[signature]
Date: 2-20-07

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATE: March 28, 2007

[signature]
Maxine M. Chesney, Judge
United States District Court for the
Northern District of California

Prepared by:

Konrad L. Trope, Esq. SBN 133214
**Novo Law Group, P.C.**
University Tower
4199 Campus Drive, Suite 550
Irvine, California 92612
(949) 509-6531 (tel)
(949) 509-6532 (fax)

Attorneys for Plaintiff PACIFIC INFORMATION RESOURCES, INC.

Feb 20 07 03:54p   Ccchoice   602-476-1983   p.9