UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br> Plaintiff, <br> v. <br> DIANA MUSSELMAN, individually, et. al. <br> Defendants. | CASE NO. C06-02306 MMC <br> [Before the Honorable Maxine M. Chesney Courtroom: 7] <br> STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS ROSSON VENTURES, LLC, MATTHEW ROSSON, AND LINDA K. ROSSON ; ORDER THEREON <br> 3rd Am. Compl. Filed: January 25, 2007 <br> Discovery Cut-Off: November 7, 2007 <br> Trial Date: May 5, 2008 <br> Rule 16 Conference : January 26, 2007 |

Defendants Rosson Ventures, LLC D/b/a Websherlock.com, Linda K. Rosson, and Matthew Rosson ("Defendants") acknowledge, agree, and stipulate to the following:

(1) that Plaintiff Pacific Information Resources, Inc. (Pacific) owns and operates the website located at www.searchsystems.net (the "**WEBSITE**");

(2) that Pacific has registered two valid copyrights concerning the **WEBSITE**. One registration, bearing Registration No. TX 6-275-368 protects the text of the **WEBSITE**, bearing the URL www.searchsystems.net. Plaintiff's other valid copyright registration at issue in this stipulated permanent injunction, bears Registration No. TX 6-275-367 which protects the PHP Hyper Text Processor

source code of the **WEBSITE**. True and correct copies of the copyright registrations are attached hereto and incorporated herein as **Exhibit "1" (the "COPYRIGHTS");**

(3) that Pacific also has a valid registration from the United States Patent and Trademark Office for its service mark consisting of the word mark "search systems" within a design or drawing bearing USPTO Trademark Registration No. 2019094 (the "**SERVICE MARK**"). A true and correct copy of this registration for Plaintiff's registered **SERVICE MARK** is attached hereto and incorporated herein as Exhibit "2"; and

(4) that Pacific has continuously, for the preceding five years, at the very least, continuously and openly used variations of its registered **SERVICE MARK**, but such variations, while not registered, acquired secondary meaning and thus are fully protected under applicable federal and state law as described in Pacific's Third Amended Complaint on file with the court; that Pacific's registered **SERVICE MARK** and unregistered service marks are collectively hereinafter referred to as the "**SERVICE MARKS**" and that the unregistered but legally valid and protected **SERVICE MARKS** of Plaintiff include, but are not limited to, the terms: "searchsystems", "searchsystems.net".

Accordingly, Defendants Rosson Ventures, LLC d/b/a www.websherlock.com, Linda K. Rosson, and Matthew Rosson, agree, consent and stipulate to the entry of a permanent injunction against themselves, and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this injunction from reproducing, copying, manufacturing, importing, using, promoting, selling, renting, leasing, distributing, or displaying:

(1) any part of the **WEBSITE** or any website substantially similar to the copyright protected **WEBSITE**;

(2) any part of the **SERVICE MARKS**; or

(3) from authorizing anyone to do the same, or from exercising any other of the

2

**Permanent Injunction with Rosson Ventures, Linda K. Rosson, and Matthew Rosson**
**Case No. C06-02306 MMC**

1 | exclusive rights of a copyright owner and a service mark owner under the various
2 | federal and state statutes listed in Pacific's Third Amended Complaint.
3 | Defendants further agree and stipulate to be permanently enjoined from:
4 | (1) selling or marketing services in any way that tends to deceive, mislead, or confuse the public into believing that the Defendants' websites were or are in any way sanctioned by or affiliated with Pacific's **WEBSITE**;
7 | (2) diluting the distinctive quality of Pacific's **SERVICE MARKS**; or
8 | (3) otherwise competing unfairly with Pacific or its **WEBSITE**; or
9 | (4) from authorizing anyone to do the same, or from exercising any other of the exclusive rights of a copyright owner and a service mark owner under the various federal and state statutes listed in Pacific's Third Amended Complaint.
12 | Notwithstanding the dismissal, by Plaintiff Pacific, of this action, with prejudice, as to only Defendants Rosson Ventures, LLC D/b/a Websherlock.com, Linda K. Rosson, Matthew Rosson, and Berry T. Rosson, the parties hereto agree, acknowledge and consent to this court retaining jurisdiction to enforce this injunction or otherwise adjudicate any and all disputes arising out of or related to this injunction and the parties named herein.

ACKNOWLEDGED, AGREED AND UNDERSTOOD:

PACIFIC INFORMATION RESOURCES, INC.        ROSSON VENTURES, LLC

By: [signature]                             By: [signature]
Title: CEO                                  Title: MANAGING DIRECTOR
Date: 3-23-07                               Date: 2/21/2007

LINDA K. ROSSON                             MATTHEW ROSSON
[signature]                                 [signature]
Date: 2/21/2007                             Date: 2/21/07

IT IS SO ORDERED.

Dated: March 28, 2007

_____
Honorable Maxine M. Chesney
JUDGE OF THE UNITED STATES
DISTRICT COURT

Prepared by:

Konrad L. Trope, Esq. SBN 133214
**Novo Law Group, P.C.**
University Tower
4199 Campus Drive, Suite 550
Irvine, California 92612
(949) 509-6531 (tel)
(949) 509-6532 (fax)

Attorneys for Plaintiff
PACIFIC INFORMATION RESOURCES, INC.

---

4

**Permanent Injunction with Rosson Ventures, Linda K. Rosson, and Matthew Rosson**
**Case No. C06-02306 MMC**