IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br> Plaintiff, <br> v. <br> DIANA MUSSELMAN, et al., <br><br> Defendants | No. C-06-2306 MMC <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** |

By order filed March 12, 2007, the Court ordered plaintiff Pacific Information Resources, Inc. to show cause why its claims against defendants William M. Tiepelman, Linda L. Tiepelman, and Mediachoice, Inc. should not be dismissed for lack of proper joinder.

On March 23, 2007, plaintiff filed its Fourth Amended Complaint and has not realleged any claims against said three defendants.[1]

Accordingly, the order to show is cause is hereby DISCHARGED as moot.

**IT IS SO ORDERED.**

Dated: April 27, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] On February 22, 2007, defendant Mediachoice, Inc. executed a Stipulated Permanent Injunction, which stipulation the Court approved by order filed March 28, 2007.