United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PACIFIC INFORMATION RESOURCES, INC.,

    Plaintiff

  v.

DIANA MUSSELMAN, et al.,

    Defendants

                               /

No. C 06-2306 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANTS' MOTION TO COMPEL DISCOVERY AND FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES**

     Pursuant to Civil Local Rule 72-1, defendants Airon Corporation, Alexei Borisov, and Levon Gasparian's "Motion to Compel Discovery and Leave to Serve Additional Interrogatories," filed May 30, 2007, and all further discovery disputes, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.[1]

     Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

     **IT IS SO ORDERED**.

Dated: May 31, 2007

                                                _____
                                               MAXINE M. CHESNEY
                                               United States District Judge

---

[1] The July 5, 2007 hearing noticed before the undersigned is VACATED.