UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br>     Plaintiff, <br> v. <br> DIANA MUSSELMAN, individually, et. al., <br>     Defendants. | **CASE NO. C06-02306 MMC** <br><br> [Before the Honorable Maxine M. Chesney <br> Courtroom: 7] <br><br> **STIPULATION TO TAKE STATUS CONFERENCE HEARING OFF CALENDAR**; ORDER CONTINUING STATUS CONFERENCE <br> 4th Amended Complaint Filing <br>   Date:                   3/23/07 <br> Discovery Cut-Off Date:   11/7/07 <br> Trial Date:               5/5/08 |

Counsel for the parties "met and conferred" by telephone or by e-mail on May 31, concerning the above referenced Status Conference. The initial reason for the Status Conference being scheduled by the Court does not appear to be salient at this time.

Thus, the parties, through counsel, hereby stipulate and request for the June 8 Status Conference to be taken off calendar. Counsel for the parties also agree and stipulate that if the need arises for another Status Conference, the requesting party will petition the court at that time.

---
1
**STIPULATION TO TAKE STATUS CONFERENCE OFF CALENDAR**
                                              Case No. C06-02306 MMC

1   RESPECTFULLY SUBMITTED:

2   Dated: June 1, 2007                    **NOVO LAW GROUP, P.C.**

3   Counsel for Plaintiff Pacific Information
    Resources, Inc.

4

5                                          By:_____/s/_____
                                                   Konrad L. Trope
6                                          **Novo Law Group, P.C.**
                                           University Towers
7                                          4199 Campus Drive, Suite 550
                                           Irvine, California 92612
8                                          (949) 509-6531 (tel)
                                           (949) 509-6532 (fax)
                                           ktrope@novolaw.com
9

10  Dated: June 4, 2007                    **DOZIER INTERNET LAW, P.C.**

11  Counsel for Defendant Diana Musselman

                                           By:_____/s/_____
12                                                 John W. Dozier, Jr., Esq.
                                           Dozier Internet Law, P.C.
13                                         301 Concourse Blvd.
                                           West Shore III, Suite 300
14                                         Glen Allen, VA 23059
                                           Phone: (804) 346-9770, Ext. 304
                                           Fax: (804) 346-0800
15                                         John@cybertriallawyer.com

16  Dated: June 1, 2007                    **BADGLEY-MULLINS LAW GROUP**

17  Counsel for Defendants Airon Corporation,
    Alexei Borisov, Levon Gasparian

18
                                           By:_____/s/_____
19                                                 Duncan C. Turner, Esq.
                                           Badgley~Mullins Law Group
20                                         701 5th Avenue, Suite 4750
                                           Seattle, WA 98104
21                                         Tel: (206) 621-6566
                                           Fax: (206) 621-9686
22                                         email: duncanturner@badgleymullins.com
                                           email: courtnotices@badgleymullins.com

23

24

25

26
                                           2
27  **STIPULATION TO TAKE STATUS CONFERENCE OFF CALENDAR**

28                                         **Case No. C06-02306 MMC**

| | | |
|---|---|---|
|1| Dated: June 1, 2007 | **LAW OFFICES OF RUSSELL PETTI** |
|2| Counsel for Defendants Peter Dunbar, Renee Dunbar, Paretologic, Inc., Adrian Pereira, Elton Pereira, Jason-Leo Carvalho | |
|3| | By:_____/s/_____ |
|4| | Russell Petti, Esq.<br>Law Offices of Russell Petti<br>466 Foothill Blvd. # 389 |
|5| | La Canada, California 91011<br>Tel: (818) 952-2168 |
|6| | Fax: (818) 952-2186<br>email: Rpetti@petti-legal.com |

8  BY STIPULATION, IT IS SO ORDERED; the Status Conference is CONTINUED to February 8, 2008 at 10:30 a.m.  A Joint Status Conference Statement shall be filed no later than February 1, 2008.

10  Dated:___June 4, 2007_____          _____
                                         Honorable Maxine M. Chesney
                                         JUDGE OF THE UNITED STATES
                                         DISTRICT COURT

13  Prepared by:

14  Konrad L. Trope, Esq. SBN 133214
    **Novo Law Group, P.C.**
15  University Tower
    4199 Campus Drive, Suite 550
16  Irvine, California 92612
    (949) 509-6531 (tel)
17  (949) 509-6532 (fax)

18  Attorneys for Plaintiff
    PACIFIC INFORMATION RESOURCES, INC.

---

3
**STIPULATION TO TAKE STATUS CONFERENCE OFF CALENDAR**
                                                 **Case No. C06-02306 MMC**