UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., | ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) ) |
| DIANA MUSSELMAN, et al., | ) ) |
| Defendant(s). | ) ) ) |

No. C06-2306 MMC (BZ)

**ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE**

By Order dated May 31, 2007, the Honorable Maxine M. Chesney referred to me defendants' Motion to Compel Discovery and Leave to Serve Additional Interrogatories, and all further discovery disputes. Having received the motion, **IT IS HEREBY ORDERED** that plaintiff shall file a two page letter setting forth its position on the pending discovery disputes by **12:00 p.m.** on **Monday, June 11, 2007**. **IT IS FURTHER ORDERED** that a telephonic conference is scheduled for **Wednesday, June 13, at 4:00 p.m.**, to discuss the pending discovery disputes. Counsel for defendants shall contact counsel for plaintiff and call chambers at **(415) 522-4093**.

Dated: June 6, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PACIFIC INFORMATION\DISC DISP CONF ORD.wpd

1