UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br>　　　　Plaintiff(s), <br><br>　v. <br><br>DIANA MUSSELMAN, et al., <br><br>　　　　Defendant(s). | No. C06-2306 MMC (BZ) <br><br> **SECOND DISCOVERY ORDER** |

I held a telephonic conference on June 13, 2007, to discuss the discovery dispute outlined in the Airon Defendants' Motion to Compel Discovery. All affected parties were present and represented by counsel. For the reasons articulated on the record, **IT IS HEREBY ORDERED** as follows:

　　1. Plaintiff and the Airon defendants shall meet and confer in accordance with my Initial Discovery Order by **June 22, 2007** in an effort to resolve their discovery disputes consistent with the views expressed during the conference.

　　2. Any supplemental responses to defendants' interrogatories and requests for production must be served by **July 6, 2007.**

1

3. If defendants are not satisfied with plaintiff's supplemental responses, they may re-notice their Motion to Compel Discovery no later than **July 13, 2007**. Defendants' Motion to Compel must comply fully with Local Civil Rule 37-2 and specify which responses to interrogatories and requests for production they wish to compel.

4. Plaintiff's opposition shall be filed by **July 27, 2007.**

5. Defendants' reply, if any, shall be filed by **August 3, 2007.**

6. A hearing on the re-noticed motion will be held **August 15, 2007 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

7. If defendants choose not to re-notice the motion but to supplement or modify their interrogatories the deadlines established by Federal Rule of Civil Procedure 33 shall apply and the pending motion will be denied as moot.

8. Defendants' Motion To Compel Discovery (Docket No. 140) is **DENIED AS MOOT**.

Dated: June 14, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PACIFIC INFORMATION\DISC.ORD.2.wpd