```
GOLDSMITH & HULL, APC                    File No.: 0625013
Jack D. Hull, SBN 91879
16000 Ventura Blvd., #900
Encino, CA 91436-2760
818-990-6600    Fax: 818-990-6140
jhull@goldsmithcalaw.com

Attorneys for Defendant
Diana Musselman
```

UNITED STATES DISTRICT COURT FOR THE NORTHERN

DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Information Resources, Inc., | Case No.: C06-02306MMC |
| Plaintiff, | ORDER GRANTING LEAVE TO WITHDRAW AS DEFENDANT DIANA MUSSELMAN'S COUNSEL ; VACATING HEARING |
| vs. | |
| Diana Musselman, et al, | ~~Date: July 27, 2007~~ ~~Time: 9:00 a.m.~~ Courtroom: 7 |
| Defendant. | |

Pursuant to Civil Local Rule 11-5, John W. Dozier, Jr., Dozier Internet Law, P.C., Jack D. Hull, and Goldsmith and Hull, APC, counsel for Defendant Diana Musselman, moved the Court for leave to withdraw as counsel of record for Defendant Diana Musselman, and

The Court having found good cause exists hereby grants the Motion to Withdraw as defendant Diana Musselman's counsel and Diana Musselman

///

///

---
1

ORDER GRANTING LEAVE TO WITHDRAW AS DEFENDANT
DIANA MUSSELMAN'S COUNSEL

will be appearing pro se after a copy of this order is served on her by first class mail at her residence located at 15 Gleneagle Court, Piqua, OH 45356.

John W. Dozier, Jr., Dozier Internet Law, P.C., Jack D. Hull, and Goldsmith and Hull, APC hereby are relieved as counsel for Defendant Diana Musselman in this matter.

The hearing scheduled for July 27, 2007 is hereby VACATED.

IT IS SO ORDERED

Dated: July 24, 2007

By _____
MAXINE M. CHESNEY
United States District Judge

---

ORDER GRANTING LEAVE TO WITHDRAW AS DEFENDANT
DIANA MUSSELMAN'S COUNSEL