**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., | No. C 07-0852 MMC |
| Plaintiff, | **ORDER RE: SERVICE OF DOCUMENTS ON OR BY DEFENDANT DIANA MUSSELMAN** |
| v. | |
| DIANA MUSSELMAN, et al., | |
| Defendants / | |

By separate order filed concurrently herewith, the Court has granted the motion to withdraw filed by counsel for defendant Diana Musselman ("Musselman"), and, as a consequence, Musselman will appear pro se after a copy of said order is served upon her.

All represented parties are hereby DIRECTED to electronically file any documents. Additionally, all represented parties are hereby DIRECTED to serve Musselman with any documents by mail or by personal service at the following address:

>    Diana Musselman
>    15 Gleneagle Court
>    Piqua, OH  45356

Musselman is hereby DIRECTED to file any documents on paper, specifically, by mailing or otherwise delivering to the Clerk of the District Court, 450 Golden Gate Avenue, San Francisco CA 94102, an original document and a chambers copy of any original

document.  Additionally, Musselman is hereby DIRECTED to serve all parties with a copy of any document filed with the Clerk, by mailing or personally delivering such copy to each party that has appeared herein.[1]

**IT IS SO ORDERED.**

Dated:  July 24, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1]For Musselman's information, a service list of all attorneys who have appeared herein is attached as the last page to the Notice of Motion to Withdraw served on Musselman by her former counsel.

2