UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., | )<br>)<br>) |
| Plaintiff(s), | ) No. C06-2306 MMC (BZ)<br>) |
| v. | ) **ORDER SCHEDULING TELEPHONIC**<br>) **DISCOVERY CONFERENCE** |
| DIANA MUSSELMAN, et al., | )<br>) |
| Defendant(s). | )<br>) |

    Having received plaintiff's September 7, 2007 request for a telephonic discovery conference, **IT IS ORDERED** that a telephonic discovery conference is scheduled for **Monday, September 17, 2007 at 2:30 p.m.** Counsel for plaintiff shall initiate the call and get all interested parties on the line and call chambers at **415-522-4093**. **IT IS FURTHER ORDERED** that, by **noon Monday, September 17, 2007**, plaintiff shall lodge with the Court the record of the August 21, 2007 meet and confer session between the parties.

Dated: September 12, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PACIFIC INFORMATION\Order Sch Teleph Disc Conf.wpd

1