IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br>　　　　　Plaintiff,<br>　v.<br>DIANA MUSSELMAN, et al.,<br>　　　　　Defendants | No. C-06-2306 MMC <br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATION TO CONTINUE DISCOVERY CUT-OFF, DEADLINE TO FILE DISPOSITIVE MOTIONS, STATUS CONFERENCE, AND TRIAL DATE** |

　　　　The Court is in receipt of the Stipulation to Continue Discovery Cut-off Date, filed October 11, 2007, on behalf of plaintiff and all but one of the remaining defendants who have appeared herein.[1]

　　　　By said stipulation, the parties thereto seek to continue the non-expert discovery cut-off from November 9, 2007 to February 5, 2008, to continue the deadline to file dispositive motions from February 1, 2008 to February 8, 2007, to continue the February 8, 2008 Status Conference to a date to be selected by the Court, and to continue the trial date from May 5, 2008 to July 2008. The stipulating parties seek such relief on the ground defendants have "required additional time" to respond to written discovery, thereby leaving "no realistic time for any follow up discovery, including depositions," and on the ground that

---

[1] Defendant Diana Musselman has not signed the stipulation, but has not filed any opposition or other response thereto.

plaintiff's counsel will, at an unspecified time, require knee surgery.

The showing by the stipulating parties is insufficient, given the paucity of information provided. Moreover, the parties have not specifically addressed the deadline to disclose expert reports and the deadline to complete expert discovery. Further, the stipulating parties fail to explain why, given their request to continue the deadline to file dispositive motions by only one week, why a two-month extension of the trial date is necessary.

Accordingly, the stipulation is hereby DENIED, without prejudice to the parties' providing a more detailed showing of any good cause that may exist for any of the above-described requested extensions.

**IT IS SO ORDERED.**

Dated: October 22, 2007

MAXINE M. CHESNEY
United States District Judge

2