IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br>        Plaintiff, <br>   v. <br><br> DIANA MUSSELMAN, et al., <br><br>        Defendants / | No. C-06-2306 MMC <br><br> **ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO CONTINUE CERTAIN DEADLINES CONTAINED IN PRETRIAL PREPARATION ORDER** |

By order filed October 22, 2007, the Court denied the Stipulation to Continue Discovery Cut-off Date, filed October 11, 2007, on the ground the showing made was "insufficient, given the paucity of information provided." The Court, however, afforded the parties leave to provide a "more detailed showing of any good cause that may exist for any [ ] requested extensions."

Now before the Court is the "Stipulation to Continue Certain Deadlines Contained in the Pre-Trial Preparation Order," filed November 12, 2007, on behalf of plaintiff and all but one of the remaining defendants who have appeared herein.[1] In said stipulation, the parties request that the pretrial deadlines be extended approximately three months, and that the pretrial conference and trial dates be extended approximately two months. Having

---

[1] Defendant Diana Musselman has not signed the stipulation, but has not filed any opposition or other response thereto.

reviewed the stipulation, the Court rules as follows.

Although the instant stipulation contains several additional facts pertaining to plaintiff's asserted inability to timely complete discovery, no facts are provided as to why defendants have been unable to timely complete discovery. Moreover, the few facts the parties do provide are insufficient to warrant extensions of the length requested. Nevertheless, because the parties may have mutually relied on either or both stipulations, and in light of the showing that plaintiff may need some additional time to conduct discovery, the Court hereby GRANTS the motion, to the extent the Court will afford the parties a short extension with respect to discovery deadlines and the deadline to file dispositive motions, as follows:

1. The deadline to complete fact discovery is extended from November 9, 2007 to December 7, 2007.

2. The deadline to designate experts is extended from November 30, 2007 to December 28, 2007.

3. The deadline to designate rebuttal experts is extended from December 28, 2007 to January 18, 2008.

4. The deadline to complete expert discovery is extended from January 18, 2008 to February 8, 2008.

5. The deadline to file dispositive motions is extended from February 1, 2008 to February 22, 2008.

To the extent the parties seek further extensions, the stipulation is hereby DENIED.

The February 8, 2008 Status Conference remains as initially scheduled, the April 22, 2008 Pretrial Conference remains as initially scheduled, and the May 5, 2008 Trial remains as initially scheduled.

**IT IS SO ORDERED.**

Dated:  November 19, 2007

_____
MAXINE M. CHESNEY
United States District Judge