Konrad L. Trope, Esq. SBN 133214
**Novo Law Group, P.C.**
4631 Teller Avenue, Suite 140
Newport Beach, California 92660
(949) 222-0899 tel
(949) 222-0983 fax

Attorneys for Plaintiff PACIFIC INFORMATION RESOURCES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIANA MUSSELMAN, individually, et. al., <br><br> Defendants. | CASE NO. C06-02306 MMC <br><br> [Before the Honorable Maxine M. Chesney Courtroom: 7] ORDER RE: <br> **STIPULATION TO CONTINUE DEFENDANTS' MSJ HEARING AND CERTAIN RELATED DEADLINES** <br><br> 4th Amen.Comp. Filed: March 23, 2007 <br> Paretologic/Dunbar MSJ: February 1, 2008 <br><br> Current Trial Date: May 5, 2008 <br> Current Status Conf.: February 5, 2008 |

**To all Counsel and their Attorneys of record and this Honorable Court:**

Plaintiff Pacific Information Resources, Defendants Airon Corporation, Lavon Gasparian, Alexei Borisov, as well as Defendants Paretologic, Inc., Adrian Pereira, Elton Pereira, and Jason-Leo Carvalho, Peter and Renee Dunbar, by and through their Counsel hereby stipulate to the continuation and re-setting of certain deadlines contained in the Pre-Trial Preparation Order.

1
**STIPULATION TO CONTINUE DEFENDANTS' MSJ HEARING AND CERTAIN RELATED DEADLINES**
Case No. C06-02306 MMC

Good cause exists for granting this stipulated request for the following reasons:

1. Counsel for Defendants Paretologic, Inc., Adrian Pereira, Elton Pereira, and Jason-Leo Carvalho, Peter and Renee Dunbar ("Paretologic/Dunbar") has filed a Motion for Summary Judgment set to be heard on February 1, 2008. Counsel for Plaintiff Pacific Information Resources, Inc., wishes to file a Cross-Motion for Summary Judgment against Paretolgic/Dunbar, and have its Cross-Motion heard at the same time as the Paretologic/Dunbar MSJ.

2. In order to conserve scare resources and avoid unnecessary duplication of effort, Counsel for Paretologic/Dunbar has agreed to move his February 1, 2008 hearing to February 22, 2008, thereby enabling counsel for Plaintiff PIR to timely complete and file its cross-motion and have it heard at the same time and date.

3. In view of the forgoing, counsel for Paretologic has requested, and counsel for the other parties agree, to Stipulate to the moving of the Cut-Off Date for *Rebuttal Expert Designation* and the Cut-Off Date for *Completion of Expert Discovery*.

Therefore, the parties listed herein request the continuance of certain dates contained in the Court's Pretrial Preparation Order as follows:

| | |
|---|---|
| Rebuttal Designation of Experts | January 18, 2008 continued until January 31, 2008 |
| Completion of Expert Discovery: | February 8, 2008 continued until February 22, 2008 |
| Dispositive Motion Cut-Off: | February 22, 2008 continued until March 7, 2008 |

1    Counsel for the parties listed herein do believe that this adjustment to the Court's Pretrial

2    Preparation Order will serve the interests of justice and economic efficiency.

3                                              Respectfully submitted,

4    DATED: January 8, 2008                    **NOVO LAW GROUP, P.C.**

5                                         BY:   /s/
                                                Konrad L. Trope, Esq.
6                                               California State Bar No. 133214
                                                Novo Law Group, P.C.
7                                               4631 Teller Avenue, Ste 140
                                                Newport Beach, California 92660
8                                               Telephone: (949) 222-0899
                                                Facsimile: (949) 222-0983
9                                               E-mail: ktrope@novolaw.com
                                                Attorneys for Plaintiff PACIFIC
10                                              INFORMATION RESOURCES, INC.

11   Dated: January 8, 2008                    **BADGLEY~MULLINS LAW GROUP**

12                                         By:   /s/
                                                 Duncan C. Turner, Esq.
13                                               Allyssa White, Esq.
                                                 Badgley~Mullins Law Group
14                                               701 5th Avenue, Suite 4750
                                                 Seattle, WA 98104
15                                               Tel: (206) 621-6566
                                                 Fax: (206) 621-9686
16                                               email: duncanturner@badgleymullins.com
                                                 email: awhite@badgleymullins.com
17                                               Attorneys for Defendants Alexei Borisov,
                                                 Levon Gasparian and Airon Corp
18

19   Dated: January 8, 2008                    **LAW OFFICES OF RUSSELL PETTI**

20                                         By:   /s/
                                                 Russell Petti, Esq.
21                                               Law Offices of Russell Petti
                                                 466 Foothill Blvd. # 389
22                                               La Canada, California 91011
                                                 Tel: (818) 952-2168
23                                               Fax: (818) 952-2186
                                                 email: Rpetti@petti-legal.com
24                                               Attorneys for Renee Dunbar, Peter Dunbar,
                                                 Adrian Pereira, Elton Pereira, Jason-Leo
25                                               Carvalho and Paretologic, Inc.

26

**[PROPOSED] ORDER**

Plaintiff Pacific Information Resources and Defendants Paretologic, Inc., Adrian Pereira, Alexei Borisov, Levon Gasparian, and Airon Corp., Elton Pereira, and Jason-Leo Carvalho, Peter and Renee Dunbar, by and through their Counsel hereby stipulate to continuing certain deadlines contained in the Pretrial Preparation Order.

Having considered the requested extension, and good cause appearing, ~~therefore, and no~~ for a more limited form of relief than that proposed ~~prejudice being perceived to any of the in actio~~n, IT IS HEREBY ORDERED that:

The hearing on Paretologic/Dunbar's motion for summary judgment is continued to February 22, 2008; and

The Pretrial Preparation Order be amended as follows:

a. Rebuttal Designation of Experts is now continued until January ~~31~~ 28, 2008;

b. Completion of Expert Discovery is now continued until February ~~22~~ 15, 2008;

c. Dispositive Motion Cut-Off ~~is now continued until March 7, 2008;~~ remains February 22, 2008, as scheduled; further, no party may file multiple dispositive motions that, in the aggregate, exceed 25 pages, exclusive of exhibits, without first obtaining leave of court upon a showing of good cause.

Dated: January 11, 2008

Honorable MAXINE M. CHESNEY
United States District Judge