IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., | No. C-06-2306 MMC |
| Plaintiff, | **ORDER OF REFERENCE** |
| v. | |
| DIANA MUSSELMAN, et al., | |
| Defendant | |

It is HEREBY ORDERED that the "Motion of Defendants Peter Dunbar, Renee Dunbar, Paretologic Inc., Elton Pereira, Adrian Pereira and Jason Carvalho for Summary Judgment or, in the Alternative, Summary Adjudication," the "Airon Defendants' Motion for Summary Judgment," and "Defendants Airon Corporation, Alexei Borisov and Levon Gasparian's Motion for Leave to File Overlength Brief" are referred to the Honorable Wm. Fremming Nielsen, Senior Judge, United States District Court for the Eastern District of Washington, sitting by designation in the Northern District of California, to be heard and considered at the convenience of his calendar.

The parties will be advised of the date, time and place of the hearing on said motions by notice from Judge Nielsen's chambers.

The February 22, 2008 hearing before the undersigned is vacated.

The parties are directed to mail a chambers copy of any further filing in connection with the above-referenced motions to:

> Honorable Wm. Fremming Nielsen
> United States District Judge
> Eastern District of Washington
> Post Office Box 2208
> Spokane WA  99210-2208

**IT IS SO ORDERED.**

Dated:  February 1, 2008

_____
MAXINE M. CHESNEY
United States District Judge