Duncan C. Turner
*Admitted Pro Hac Vice*
Washington State Bar #20597
Badgley~Mullins Law Group
701 5th Avenue, #4750
Seattle, WA 98104
Telephone: (206) 621-6566
Facsimile: (206) 621-9686
E-mail: duncanturner@badgleymullins.com

Attorneys for Defendant Airon Corporation

The Honorable Judge Maxine Chesney

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br> Plaintiff, <br><br> V. <br><br> DIANA MUSSELMAN, individually and d/b/a COURTSONLINE.ORG, et al., <br><br> Defendants. | Case No. C06-02306 MMC <br> ORDER RE: <br> STIPULATION ~~AND ORDER~~ FOR DEFENDANT AIRON CORPORATION, ALEXEI BORISOV AND LEVON GASPARIAN, DUNBAR, PEREIRA, CARVALHO AND PARETOLGIC, INC.'S TO ATTEND THE CASE STATUS CONFERENCE VIA TELEPHONE <br><br> Date: February 8, 2008 <br> Time: 10:30am <br> Location: Courtroom 7 |

COMES NOW, Defendants Airon Corporation, Alexei Borisov and Levon Gasparian hereinafter referred to as "Airon,", Peter and Renee Dunbar; Adrian and Elton Pereira; Jason-Leo Carvalho; and Paretologic, Inc., respectfully requests, pursuant to Civil L.R. 16-10(a) to appear via telephonically for the Case Status Conference scheduled for February 8, 2008 at 10:30AM.

STIPULATION AND ORDER FOR DEFENDANT AIRON CORPORATION,
ALEXEI BORISOV AND LEVON GASPARIAN, DUNBAR,
PEREIRA, CARVALHO AND PARETOLGIC, INC.'S
TO ATTEND THE CASE STATUS CONFERENCE VIA TELEPHONE - 1

BADGLEY ~ MULLINS
LAW GROUP
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

Case No. C06-02306 MMC

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 25th day of January, 2008

| BADGLEY~MULLINS LAW GROUP | LAW OFFICES OF RUSSELL PETTI |
|---|---|
| /s/ Duncan C. Turner<br>*Admitted Pro Hac Vice*<br>Duncan C. Turner WSBA #20597<br>701 Fifth Avenue, Ste 4750<br>Seattle, WA 98104<br>Telephone: 206-621-6566<br>Facsimile: 206-621-9686<br>Email: duncanturner@badgleymullins.com<br>**Attorney for Defendant Arion and Alexei Borisov and Levon Gasparian** | /s/ Russel G. Petti<br>Russell G. Petti, State Bar No. 137160<br>466 Foothill Blvd., Suite 389<br>La Canada, CA 91011<br>Telephone: (818) 952-2168<br>Fax: (818) 952-2186<br>Rpetti@petti-legal.com<br>**Attorney for Dunbar, Pereira, Carvalho and Paretologic, Inc.** |
| NOVO LAW GROUP, PC | LAW OFFICES OF STEVEN ROOD |
| /s/ Konrad L. Trope<br>Konrad L. Trope, State Bar No. 133214<br>Novo Law Group, P.C.<br>University Towers<br>4199 Campus Drive, Suite 550<br>Irvine, CA 92612<br>Email: ktrope@novolaw.com<br>**Attorney for Plaintiff** | /s/ Steven Rood<br>Steven Rood, State Bar No. 69332<br>405 14th Street, Suite 212<br>Oakland, CA 94612<br>E-mail: Steve@steverood.com<br>**Attorneys for Defendant Airon Corporation, Alexei Borisov and Levon Gasparian** |

PURSUANT TO STIPULATION, IT IS SO ORDERED. Further, all parties shall appear telephonically at the February 8, 2008 Status Conference. Defendant Diana Musselman is hereby ORDERED to contact the Deputy Clerk at (415) 522-2041 and provide, no later than February 7, 2008 by 5:00 p.m., Pacific Standard Time, a telephone number where she may be reached on February 8, 2008.

DATED: February 4, 2008

The Honorable Maxine Chesney
United States District/Magistrate Judge

STIPULATION AND ORDER FOR DEFENDANT AIRON CORPORATION, ALEXEI BORISOV AND LEVON GASPARIAN, DUNBAR, PEREIRA, CARVALHO AND PARETOLGIC, INC.'S TO ATTEND THE CASE STATUS CONFERENCE VIA TELEPHONE - 2

Case No. C06-02306 MMC

BADGLEY ~ MULLINS
LAW GROUP
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686