IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIANA MUSSELMAN, et al., <br><br> Defendant | No. C-06-2306 MMC <br><br> **ORDER WITHDRAWING REFERENCE** |

By order filed February 1, 2008, the "Motion of Defendants Peter Dunbar, Renee Dunbar, Paretologic Inc., Elton Pereira, Adrian Pereira and Jason Carvalho for Summary Judgment or, in the Alternative, Summary Adjudication," the "Airon Defendants' Motion for Summary Judgment," and "Defendants Airon Corporation, Alexei Borisov and Levon Gasparian's Motion for Leave to File Overlength Brief" were referred to the Honorable Wm. Fremming Nielsen, Senior Judge, United States District Court for the Eastern District of Washington, sitting by designation in the Northern District of California. In light of a recent change in the Court's trial schedule, the reference is hereby WITHDRAWN.

//

//

//

The Court will set a hearing on the motions for summary judgment at the February 8, 2008 Status Conference.

**IT IS SO ORDERED.**

Dated: February 7, 2008

_____
MAXINE M. CHESNEY
United States District Judge