Duncan C. Turner
*Admitted Pro Hac Vice*
Washington State Bar #20597
Badgley~Mullins Law Group
701 5th Avenue, #4750
Seattle, WA 98104
Telephone: (206) 621-6566
Facsimile: (206) 621-9686
E-mail: duncanturner@badgleymullins.com

Attorneys for Defendant Airon Corporation

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br> Plaintiff, <br><br> V. <br><br> DIANA MUSSELMAN, individually and d/b/a COURTSONLINE.ORG, et al., <br><br> Defendants. | Case No. C06-02306 MMC <br><br> ORDER GRANTING DEFENDANTS AIRON CORPORATION, ALEXEI BORISOV AND LEVON GASPARIAN'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF <br><br> (PROPOSED ORDER) |

On January 14, 2008, Defendants Airon Corporation, Alexei Borisov and Levon Gasparian, hereinafter referred to as Airon Defendants, moved this court for leave to file an overlength brief, allowing an extension of the page limit by 20 additional pages, to a total of 45 pages, in order to file Airon Defendants' Motion for Summary Judgment. The Court has considered the papers submitted in support of ~~and in opposition to~~ the Motion, the authorities cited by the parties, and the argument of counsel and

IT IS SO ORDERED THAT

ORDER GRANTING DEFENDANTS
AIRON CORPORATION, ALEXEI
BORISOV AND LEVON GASPARIAN'S
MOTION FOR LEAVE TO FILE
OVERLENGTH BRIEF

- 1 -

1. The Motion for an Overlength Brief is Granted.

IT IS SO ORDERED

Dated: ~~January~~ February 7, 2008

*Maxine M. Chesney*
Maxine M. Chesney
United States District Judge

Presented by:
Badgley Mullins Law Group

<u>Duncan C. Turner</u>
*Admitted Pro Hac Vice*
Duncan C. Turner WSBA #20597
701 Fifth Avenue, Ste 4750
Seattle, WA 98104
Telephone: 206-621-6566
Facsimile: 206-621-9686
Email: duncanturner@badgleymullins.com

ORDER GRANTING DEFENDANTS
AIRON CORPORATION, ALEXEI
BORISOV AND LEVON GASPARIAN'S
MOTION FOR LEAVE TO FILE
OVERLENGTH BRIEF