UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PACIFIC INFORMATION RESOURCES, INC., | ) ) ) | |
| Plaintiff(s), | ) ) | No. C06-2306 MMC (BZ) |
| v. | ) ) | **ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE** |
| DIANA MUSSELMAN, et al., | ) ) | |
| Defendant(s). | ) ) ) | |

A telephonic hearing on the dispute concerning defendant's request to strike plaintiff's rebuttal expert report is scheduled for **Thursday, February 28, 2008 at 1:30 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878,** and make arrangements for the telephonic conference call.

Dated: February 26, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PACIFIC INFORMATION\TELECONF.ORD.wpd

1