UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PACIFIC INFORMATION RESOURCES, INC., | ) ) | |
|---|---|---|
| Plaintiff(s), | ) ) | No. C06-2306 MMC (BZ) |
| v. | ) ) | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO STRIKE** |
| DIANA MUSSELMAN, et al., | ) ) | |
| Defendant(s). | ) ) ) | |

Following a telephonic conference at which both sides were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. Defendant is granted leave to file a motion to strike the January 29, 2008 Hadas expert report by **March 13, 2008.**

2. Plaintiff's opposition shall be filed by **March 20, 2008.**

3. Defendant's reply shall be filed by **March 25, 2008.**

If a hearing is necessary, it will be scheduled for **April 2, 2008.**

Dated: February 29, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PACIFIC INFORMATION\ORDER.BRIEF SCHED.MOTION to STRIKE.wpd

1