United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

PACIFIC INFORMATION RESOURCES, INC.,

12

Plaintiff,

13

v.

14

DIANA MUSSELMAN, et al.,

15

Defendants

16

_____/

17

No. C-06-2306 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE ZIMMERMAN PLAINTIFF'S APPLICATION FOR RETROACTIVE LEAVE TO SERVE REPORTS**

18       On March 14, 2008, plaintiff filed an "Application for Retroactive Leave to Serve One

19   Day Late The January 28, 2008 Rebuttal/Supplemental Reports of Professor Ran

20   Libeskind-Hadas, Ph.D."  By said order, plaintiff seeks an order continuing the deadline to

21   designate rebuttal experts.[1]

22       The issue of whether the subject reports should be stricken, on the ground they are

23   not rebuttal reports, is currently pending before Magistrate Judge Bernard Zimmerman.

24   (See Defs.' Req. to Strike, filed February 20, 2008.)  The instant application is premised on

25   the theory that the subject reports are, in fact, rebuttal reports.

26       Under the circumstances, the Court hereby REFERS plaintiff's application to

27   Magistrate Judge Zimmerman for purposes of determining whether good cause exists to

28

_____

[1]The current deadline was set in the Court's order of January 11, 2008.

1  continue the deadline at issue and, if so, to set a new deadline.

2       The April 11, 2008 hearing set before the undersigned is VACATED.

3       **IT IS SO ORDERED.**

4

5  Dated:  March 18, 2008

6                         MAXINE M. CHESNEY
                       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2