1  Konrad L. Trope, Esq. SBN 133214
   **Novo Law Group, P.C.**
2  4631 Teller Avenue, Suite 140
   Newport Beach, California 92660
3  (949) 222-0899 tel
   (949) 222-0983 fax
4

5  Attorneys for Plaintiff PACIFIC INFORMATION RESOURCES, INC.

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>DIANA MUSSELMAN, individually, et. al.,<br><br>          Defendants. | CASE NO. C06-02306 MMC<br><br>[Before the Honorable Maxine M. Chesney<br>Courtroom: 7]<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR LEAVE FOR PLAINTIFF PACIFIC TO FILE OPPOSITIONS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**; ORDER THEREON<br><br>4th Am. Com. Filed:   March 23, 2007<br>Expert Discovery<br> Cut-Off:              February 26, 2008<br>Trial:                TBA<br>Status Conference:    TBA<br><br>Hearing Date:   April 25, 2008<br>Time:           9:00 a.m.
<br>Dept.:          7 |

22  **To all Counsel and their Attorneys of record and this Honorable Court:**

23       Plaintiff Pacific Information Resources, Defendants Airon Corporation, Lavon Gasparian,

24  Alexei Borisov (the "Airon Defendants"), as well as Defendants Paretologic, Inc., Adrian

25  Pereira, Elton Pereira, and Jason-Leo Carvalho, Peter and Renee Dunbar (the

26  "Paretologic/Dunbar Defendants"), by and through their Counsel hereby jointly stipulate for

---
1
**STIPULATION TO CONTINUE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MSJ**
**Case No. C06-02306 MMC**
pacific information\pleadings\airon\stip to cont plntf's oppos to dfnd msj final as sent for sigs vers 2 03 20 08

leave to extend the deadline for Plaintiff Pacific to file its Oppositions to Defendants' two Motions for Summary Judgment.

Good cause exists for granting this stipulated request for the following reasons:

1. The Airon Defendants filed a lengthy Supplemental Declaration with Exhibits on Wednesday, March 19, 2008, consisting of recently available documents.

2. Thus, Plaintiff desires two additional court days to analyze and address the facts presented in Airon's recently filed Supplemental Declaration which Defendants do not oppose. Otherwise, Plaintiff's Oppositions to Defendants Motions for Summary Judgment are due this Friday, March 21, 2008.

Therefore, the parties listed herein jointly request leave to allow Plaintiff Pacific two additional court days in which to file its two Motion for Summary Judgment Oppositions, thereby allowing Plaintiff Pacific adequate time to address the facts presented in Airon's Supplemental Declaration, filed yesterday.

Counsel for the parties listed herein do believe that this adjustment to the Court's Pretrial Preparation Order will serve the interests of justice and economic efficiency.

Respectfully submitted,

DATED: March 20, 2008  **NOVO LAW GROUP, P.C.**

BY: /s/
Konrad L. Trope, Esq.
California State Bar No. 133214
Novo Law Group, P.C.
4631 Teller Avenue, Ste 140
Newport Beach, California 92660
Telephone: (949) 222-0899
Facsimile: (949) 222-0983
E-mail: ktrope@novolaw.com
Attorneys for Plaintiff PACIFIC INFORMATION RESOURCES, INC.

Dated: March 20, 2008  **BADGLEY~MULLINS LAW GROUP**

By: /s/
Duncan C. Turner, Esq.
Allyssa White, Esq.

2
**STIPULATION TO CONTINUE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MSJ**
**Case No. C06-02306 MMC**

pacific information\pleadings\airon\stip to cont plntf's oppos to dfnd msj final as sent for sigs vers 2 03 20 08

|   |   |
|---|---|
|   | Badgley~Mullins Law Group<br>701 5th Avenue, Suite 4750<br>Seattle, WA 98104<br>Tel: (206) 621-6566<br>Fax: (206) 621-9686<br>email: duncanturner@badgleymullins.com<br>email: awhite@badgleymullins.com<br>Attorneys for Defendants Alexei Borisov,<br>Levon Gasparian and Airon Corp |
| Dated: March 20, 2008 | **LAW OFFICES OF RUSSELL PETTI**<br><br>By:___/s/_____<br>Russell Petti, Esq.<br>Law Offices of Russell Petti<br>466 Foothill Blvd. # 389<br>La Canada, California 91011<br>Tel: (818) 952-2168<br>Fax: (818) 952-2186<br>email: Rpetti@petti-legal.com<br>Attorneys for Renee Dunbar, Peter Dunbar,<br>Adrian Pereira, Elton Pereira, Jason-Leo<br>Carvalho and Paretologic, Inc. |

### ~~[PROPOSED]~~ ORDER

Plaintiff Pacific Information Resources and Defendants Airon Corporation, Lavon Gasparian, Alexei Borisov, as well as Defendants Paretologic, Inc., Adrian Pereira, Elton Pereira, and Jason-Leo Carvalho, Peter and Renee Dunbar, by and through their Counsel hereby jointly stipulate for leave to allow Plaintiff Pacific two additional court days to file its two Oppositions to Defendants' two Motions for Summary Judgment, in order to afford Plaintiff sufficient and adequate time to fully address Airon's recently filed Supplemental Declaration.

Having considered the requested extension, and good cause appearing, therefore, and no prejudice being perceived to any party ~~of the in actio~~n, IT IS HEREBY ORDERED that:

///

//

/

---

3

**STIPULATION TO CONTINUE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MSJ**
**Case No. C06-02306 MMC**

pacific information\pleadings\airon\stip to cont plntf's oppos to dfnd msj final as sent for sigs vers 2 03 20 08

1  Plaintiff Pacific shall file its Oppositions to Defendants' Motions for Summary Judgment
2  not later than March 25, 2008.

4  Dated: March 21, 2008

*[signature: Maxine M. Chesney]*
Honorable MAXINE M. CHESNEY
United States District Judge