1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PACIFIC INFORMATION RESOURCES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. C 06-02306 MMC |
| Plaintiff, | | [Before the Honorable Maxine M. Chesney Courtroom: 7] |
| vs. | | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF PACIFIC INFORMATION RESOURCES, INC.'S MOTION FOR LEAVE TO FILE OVER LENGTH BRIEF |
| DIANA MUSSELMAN, individually, et al., | | |
| Defendants. | | |

[Filed Concurrently With: Notice of and Motion for Leave to file Over Length Brief; and Declaration of Konrad L. Trope]

4th Am. Com. Filed:  March 23, 2007
Expert Discovery
 Cut-Off:           February 26, 2008
Trial:              TBA
Status Conference:  TBA

MSJ Hearing Date:   April 25, 2008
Time:               9:00 a.m.
Dept.:              7

On __March 25_____, 2008 Plaintiff Pacific Information Resources, Inc., ("Pacific") moved this court for leave to file an over length brief, allowing an extension of the page limit by

---
1
**[Proposed] Order Granting Leave to File Over Length Brief**
**CASE NO. C 06-02306 MMC**

20 additional pages, to a total of 45 pages, in order to file Pacific's Opposition to Airon Defendants' Motion for Summary Judgment. The Court has considered the papers submitted in support of the Motion, the authorities cited by the parties, and the argument of counsel and

**IT IS SO ORDERED THAT**

1. The Motion for an Over Length Brief is Granted.

**IT IS SO ORDERED**

Dated: April 2, 2008

_____
Honorable MAXINE M. CHESNEY
United States District Judge

Presented by:

Konrad L. Trope, Esq. SBN 133214
**Novo Law Group, P.C.**
4631 Teller Ave., Suite 140
Newport Beach, CA 92660
(949) 222-0899 (tel)
(949) 222-0983 (fax)
email: ktrope@novolaw.com
Attorneys for Plaintiff Pacific Information Resources, Inc.