1   Konrad L. Trope, Esq. SBN 133214
    **Novo Law Group, P.C.**
2   4631 Teller Ave., Suite 140
    Newport Beach, CA 92660
3   (949) 222-0899 (tel)
    (949) 222-0983 (fax)
4   email: ktrope@novolaw.com

5   Attorneys for Plaintiff Pacific Information Resources, Inc.

6

7                  **UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9

10  PACIFIC INFORMATION RESOURCES,      )   **CASE NO.  C06-02306 MMC**
    INC.,                               )
11                                      )   [Before the Honorable Maxine M. Chesney]
                                        )
                 Plaintiff,             )
12                                      )   ~~[PROPOSED]~~ **ORDER GRANTING**
                                        )   **PLAINTIFF'S PACIFIC INFORMATION**
13         vs.                          )   **RESOURCES, INC.'S APPLICATION**
                                        )   **FOR RETROACTIVE LEAVE TO FILE**
14  DIANA MUSSELMAN, individually, et. al., )  **ONE DAY LATE MEMORANDUM OF**
                                        )   **POINTS AND AUTHORITIES IN**
15               Defendants.            )   **OPPOSITION TO DEFENDANTS**
    _____ )   **AIRON CORPORATION, LEVON**
16                                          **GASPARIAN, AND ALEXEI**
                                            **BORISOV'S MOTION FOR SUMMARY**
17                                          **JUDGMENT/ ADJUDICATION**

18                                          **[Filed Concurrently With: Application for**
                                            **Retroactive Leave to File Late**
19                                          **Memorandum of Points and Authorities in**
                                            **Opposition to Airon Defendants Motion**
20                                          **for Summary Adjudication; and**
                                            **Declaration Of Konrad L. Trope]**
21                                          4th Am. Com. Filed:   March 23, 2007
                                            Expert Discovery
22                                           Cut-Off:           February 26, 2008
                                            Trial:              TBA
23                                          Status Conference:   TBA
                                            MSJ Hearing Date:   April 25, 2008
24                                          Time:               9:00 a.m.
                                            Dept.:              7
25

26
                                     1
27  **[Proposed] Order for Application for Retroactive Leave to File One Day Late P&A's in**
    **Opposition to Airon Defendants' Motion for Summary Judgment**
                                            **Case No. C06-02306 MMC**
28  pacific information\pleadings\airon\pir msj filed 03 21 08\proposed order re appl for retro leave to file late p&a's final as filed 03 28 08

1    Plaintiff Pacific Information Resources ("Pacific") has presented an Application for

2  Retroactive Leave to File One Day Late Its Memorandum of Points and Authorities in

3  Opposition to Defendants Airon Corporation, Alexi Borisov and Levon Gasparian (Airon

4  Defendants) Motion for Summary Judgment/Adjudication.   No opposition or response was filed.

5    The Court having considered the papers presented finds that:

6    1.  Plaintiff Pacific's one day late service was with good cause (without bad faith)

7  owing to counsel for Pacific having to:

8    A.    Respond to Airon's 47 page initial Memorandum of Points and Authorities; plus

9    B.    Respond to Airon's 48 page Supplemental Declaration filed only 7 days ago; and

10    C.    Respond to Airon challenging most, if not all of Plaintiff's 42 claims for relief.

11    2.    Plaintiff had underestimated the time necessary to address all of the issues

12  raised by Airon's Motion when Pacific requested, and received by prior Court Order, two

13  additional court days to complete its opposition.

14    3.  Thus, the late serving was harmless as there was no demonstrable prejudice to

15  Defendants or their counsel.

16    Therefore, Plaintiff Pacific's request is HEREBY GRANTED.

17

18  Dated: __April 3, 2008_____

19    Honorable MAXINE M. CHESNEY
     United States District Judge

20

21

22

23

24

25

26

2

27  **[Proposed] Order for Application for Retroactive Leave to File One Day Late P&A's in
    Opposition to Airon Defendants' Motion for Summary Judgment**
    **Case No. C06-02306 MMC**

28  pacific information\pleadings\airon\pir msj filed 03 21 08\proposed order re appl for retro leave to file late p&a's final as filed 03 28 08