**Russell G. Petti, State Bar No. 137160**
**THE LAW OFFICES OF RUSSELL G. PETTI**
466 Foothill Blvd., # 389
La Canada, California 91011
Telephone: (818) 952-2168
Facsimile: (818) 952-2186

Attorney for Defendants Renee Dunbar, Peter Dunbar,
Paretologic Inc., Elton Pereira, Adrian Pereira, and Jason Carvalho

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Information Resources, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DIANA MUSSELMAN, individually and d/b/a COURTSONLINE.ORG, et. al., <br><br> Defendants | CASE NO. C06-02306 MMC <br> **Before the Honorable Maxine M. Chesney** <br><br> ORDER APPROVING <br> **JOINT STIPULATION TO TAKE HEARING DATE OFF CALENDER PENDING OBJECTION TO DISCOVERY ORDER** <br> 4th Am. Com. Filed:  March 23, 2007 <br> Expert Disc.Cut-Off:  February 26, 2008 <br> Trial:                     TBA <br> Hearing Date:         April 25, 2008 <br> Time:                     9:00 a.m. <br> Dept:                     7 |

**To all Parties and their Attorneys of record and this Honorable Court:**

Plaintiff Pacific Information Resources ("Pacific"), Defendants Airon Corporation, Lavon Gasparian, Alexei Borisov (the "Airon Defendants"), as well as Defendants Paretologic, Inc., Adrian Pereira, Elton Pereira, and Jason-Leo Carvalho, Peter and Renee Dunbar (the "Paretologic/Dunbar Defendants"), by and through their Counsel hereby stipulate as follows:

1.      The Airon Defendants, the Paretologic/Dunbar Defendants, and Plaintiff Pacific have all filed Cross-Motions for Summary Judgment/Partial Summary Judgment.  The briefing schedule for these cross-motions was set by the Court at the status conference held on February 8, 2008.  *See Docket Entry #214.*  These cross-motions are set to be heard on April 25, 2008 at 9:00 a.m.  The briefing on these motions is not yet completed.  *See Id.*

2.      During the status conference on February 8, 2008 in this matter, counsel for the Paretologic/Dunbar Defendants raised the issue whether Plaintiff Pacific had improperly filed a rebuttal expert report, as to those Defendants.  The Court instructed the parties to take this matter before Magistrate Judge Zimmerman. The parties have done so, and after briefing, Judge Zimmerman issued an Order on March 28, 2008 striking Plaintiff's January 29, 2008 Expert Rebuttal Reports concerning the Paretologic/Dunbar Defendants.

3.      The opinions and data stricken by the Order include evidence that has been filed with respect to the pending Motions set to be heard on April 25th.

4.      Plaintiff Pacific desires an opportunity, under *FRCP 72,* to have this Court consider an Objection to Judge Zimmerman's March 28, 2008 Order, and to have it decided before briefing is completed on the pending cross-motions.

5.      The defendants also wish to have this issue resolved, so they will know the scope of the evidence the Court will consider in the pending cross-motions prior to having to complete their respective briefings.

6.      In addition, depending on this Court's ruling on the Objection, the parties may need to have other issues with respect to expert reports resolved, either by agreement or, if necessary, by further determination by Judge Zimmerman.

7.      As such, the parties respectfully request that the Court take the pending cross-motions for summary judgment/partial summary judgment by Plaintiff Pacific, the Paretologic/Dunbar Defendants and the Airon Defendants off calendar.

8.      Plaintiff Pacific will file its Objection to Judge Zimmerman's March 28, 2008 ruling in accordance with FRCP 72 and the applicable Local Rules.

9.      After resolution of Pacific's Objection and the additional disputes with respect to expert reports (if any) the parties will request, by stipulation, that the Motions be re-set on the Court's calendar.

Dated:          April 1, 2008          **LAW OFFICES OF RUSSELL PETTI**

_____          By_____/S/_____
                                       Russell Petti, Esq.
                                       Law Offices of Russell Petti
                                       466 Foothill Blvd. # 389
                                       La Canada, California 91011
                                       Tel: (818) 952-2168/  Fax: (818) 952-2186
                                       email:  Rpetti@petti-legal.com
                                       Attorneys for Renee and Peter Dunbar,
                                       Adrian Pereira, Elton Pereira, Jason-Leo
                                       Carvalho and Paretologic, Inc.

DATED:          April 1, 2008          **NOVO LAW GROUP, P.C.**

                                       BY:_____/s/_____
                                       Konrad L. Trope, Esq.
                                       California State Bar No. 133214
                                       Novo Law Group, P.C.
                                       4631 Teller Avenue, Ste 140
                                       Newport Beach, California 92660
                                       Telephone: (949) 222-0899
                                       Facsimile: (949) 222-0983
                                       E-mail: ktrope@novolaw.com
                                       Attorneys for Plaintiff PACIFIC
                                       INFORMATION RESOURCES, INC.

Dated:          April 1, 2008          **BADGLEY~MULLINS LAW GROUP**

                                       By:_____/s/_____
                                       Duncan C. Turner, Esq.
                                       Allyssa White, Esq.
                                       Badgley~Mullins Law Group
                                       701 5th Avenue, Suite 4750
                                       Seattle, WA 98104
                                       Tel: (206) 621-6566
                                       Fax: (206) 621-9686
                                       email: duncanturner@badgleymullins.com
                                       email: awhite@badgleymullins.com
                                       Attorneys for Defendants Alexei Borisov,
                                       Levon Gasparian and Airon Corp

## [~~PROPOSED~~] ORDER

Having reviewed the Stipulation of the Parties, and for Good Cause Shown, the Court
Orders as Follows:

1.      The Cross-Motions for Summary Judgment Filed by (a) Plaintiff Pacific Information Resources, (b) Defendants Airon Corporation, Lavon Gasparian, and Alexei Borisov, and (c) Defendants Paretologic, Inc., Adrian Pereira, Elton Pereira, and Jason-Leo Carvalho, Peter and Renee Dunbar, currently set for hearing on April 25, 2008 at 9:00 a.m. are hereby taken off calendar;  each such motion is deemed withdrawn without prejudice to the moving party's renoticing the motion as set forth below in paragraph 3.

2.      Plaintiff Pacific Information Resources shall file its Objection to the March 28, 2008 Order of Magistrate Judge Zimmerman, in accordance with FRCP 72 and this Court's Local Rules;

3.      After this Court has resolved the issue of the Objection filed by Pacific Information Resources, and the other issues with respect to expert reports have been resolved, the parties shall then file a stipulation to have the hearing on the Motions for Summary Judgment placed back on the calendar; upon approval of such stipulation, each party may, as appropriate, re-notice its originally-filed motion or may file an amended motion.

**IT IS SO ORDERED**

Date:_____April 4, 2008_____

_____
Maxine M. Chesney, Judge
United States District Court for the
Northern District of California

**JOINT STIPULATION TO TAKE HEARING DATE OFF CALENDER PENDING OBJECTION TO DISCOVERY ORDER CASE NO. C06-02306 MMC**