IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DIANA MUSSELMAN, et al.,<br><br>    Defendants | No. C 06-2306 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE AIRON DEFENDANTS' MOTION TO STRIKE SUPPLEMENTAL REPORTS** |

Pursuant to Civil Local Rule 72-1, Airon Defendants' "Motion to Strike the Untimely Supplemental Expert Reports of Ran Libeskind Hadas, Ph.D.," filed April 10, 2008, is hereby REFERRED to Magistrate Judge Bernard Zimmerman, to whom all discovery matters have been referred.[1]

The parties will be advised of the next appearance, if any, by Judge Zimmerman's chambers. The May 15, 2008 hearing before the undersigned is VACATED.

**IT IS SO ORDERED**.

Dated: April 11, 2008

                              MAXINE M. CHESNEY
                              United States District Judge

---

[1] At the Status Conference conducted February 8, 2008, the Court directed the parties to notice any motion pertaining to the timeliness of the subject expert's supplemental reports before Magistrate Judge Zimmerman.