IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>DIANA MUSSELMAN, et al.,<br><br>    Defendants<br>_____/ | No. C 05-3148 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE ZIMMERMAN'S MARCH 28, 2008 ORDER** |

    Before the Court are plaintiff's "Objections Under FRCP 72 to Magistrate Judge's Discovery Order," filed April 7, 2008, and amended April 8, 2008 ("Objections"), by which plaintiff objects to Magistrate Judge Zimmerman's order of March 28, 2008, to the extent such order granted the Dunbar defendants' motion to strike two rebuttal reports. The Objections are based in substantial part on evidence not submitted to Magistrate Judge Zimmerman, specifically, (1) the declaration of Ran Libeskind Hadas, Ph.D ("Hadas"), filed April 7, 2008, and (2) the declaration of Konrad L. Trope ("Trope"), filed April 8, 2008.[1] As a consequence, the "Objections" are, in substance, a motion for reconsideration based on newly-offered evidence.

---

[1] In opposing the Dunbar defendants' motion to strike, plaintiff relied on, inter alia, declarations by both Hadas and Trope. The declarations filed in support of the Objections contain new factual assertions.

Accordingly, the Objections are hereby DENIED, without prejudice to plaintiff's filing a motion for leave to file a motion for reconsideration, to be presented to Magistrate Judge Zimmerman.  See Civil L.R. 7-9(b)(2) (providing motion for leave to file motion for reconsideration of order may be appropriate in light of "emergence of new material facts").

**IT IS SO ORDERED**.

Dated: April 11, 2008

MAXINE M. CHESNEY
United States District Judge