United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>DIANA MUSSELMAN, et al.,<br><br>    Defendants<br>_____/ | No. C 06-2306 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANT DIANA MUSSELMAN SHOULD NOT BE DENIED; VACATING APRIL 25, 2008 HEARING** |

    By order filed January 29, 2007, the Court set a February 1, 2008 deadline for the filing of dispositive motions.  (See Pretrial Preparation Order at 2.)  The dispositive motion filing deadline was subsequently extended, first, to February 22, 2008, (see Order, filed November 19, 2007), and then to March 21, 2008, (see Minutes, filed February 8, 2008).

    On March 21, 2008, plaintiff filed the following four documents that pertain to a dispositive motion against Diana Musselman:  (1) "Notice of Motion for Partial Summary Judgment Against Diana Musselman," (see Docket # 238); (2) "Supplemental Expert Report of Ran Libeskind Hadas, Ph.D. in Support of [Plaintiff's] Motion for Partial Summary Judgment Against Defendant Diana Musselman," (see Docket #239); (3) "Declaration of Timothy J. Koster in Support of [Plaintiff's] Motion for Partial Summary Judgment Against Defendant Diana Musselman," (see Docket #240); and (4) "[Proposed] Order Against

Defendant Diana Musselman Summary Adjudication," (see Docket # 241). On the front page of each of the above-referenced four documents, plaintiff states the document is being filed "concurrently" with other documents, including a "Memorandum of Points and Authorities in Support of Motion for Summary Adjudication" ("Memorandum") and a "Request for Judicial Notice" ("Request"). To date, however, neither the Memorandum nor the Request has been filed.

Plaintiff's proposed order asserts that the "papers presented" establish there is no material fact concerning Diana Musselman's liability as to four claims set forth in the Fourth Amended Complaint. (See Proposed Order at 2:3-11.) Plaintiff, however, has not filed a memorandum setting forth the basis for its assertion of entitlement to such finding, and the Court declines to review the two declarations submitted by plaintiff in an effort to determine if the Court can ascertain a possible basis.[1]

In light of plaintiff's having failed to file a memorandum explaining its theory for why it is entitled to partial summary judgment as against Diana Musselman and having apparently failed to file all of the evidence on which it relies, and the dispositive motion deadline having passed, plaintiff is hereby DIRECTED to show cause, in writing and no later than May 2, 2008, why its motion for partial summary judgment should not be denied.

The April 25, 2008 hearing on plaintiff's motion for partial summary judgment is VACATED.

**IT IS SO ORDERED**.

Dated: April 17, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] Further, because the referenced Request for Judicial Notice was not filed, the Court cannot determine its content and whether the information contained therein is necessary to establish a lack of any dispute.