UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., | )<br>)<br>) |
| Plaintiff(s), | ) No. C06-2306 MMC (BZ)<br>) |
| v. | ) **SCHEDULING ORDER**<br>) |
| DIANA MUSSELMAN, et al., | )<br>) |
| Defendant(s). | )<br>)<br>) |

Airon's Motion To Strike Dr. Hadas' reports having been referred to me, **IT IS HEREBY ORDERED** that an opposition shall be filed by **May 1, 2008**. Any reply shall be filed by **May 6, 2008**. If a hearing is necessary, it will be scheduled for **May 14, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: April 22, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PACIFIC INFORMATION\SCHEDULING ORDER.wpd

1