1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   PACIFIC INFORMATION          )
     RESOURCES, INC.,             )
12                                )      No. C06-2306 MMC (BZ)
               Plaintiff(s),      )
13                                )
          v.                      )      **BRIEFING ORDER**
14                                )
     DIANA MUSSELMAN, et al.,     )
15                                )
               Defendant(s).      )
16                                )
17   _____)

18       **IT IS HEREBY ORDERED** that if any party wishes to oppose

19   plaintiff's motion for leave to file a motion for

20   reconsideration of my March 28, 2008 discovery order, it shall

21   file an opposition limited to the issue of whether plaintiff's

22   motion is a proper motion for reconsideration in accordance

23   with Local Rule 7-9(b), by no later than **May 5, 2008.**

24   Dated: April 28, 2008

25

26                              _____
                                       Bernard Zimmerman
27                              United States Magistrate Judge

28   G:\BZALL\-REFS\PACIFIC INFORMATION\ORDER.4.28.08.wpd

                                   1