UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> DIANA MUSSELMAN, et al., <br><br> Defendant(s). | No. C06-2306 MMC (BZ) <br><br> **BRIEFING ORDER ON AIRON'S MOTIONS** |

The Airon defendants have filed motions to strike the declaration of Timothy J. Koster and the testimony of Carole Levitt. Each motion has been noticed for my courtroom but for a hearing date which is presumably Judge Chesney's. Each motion has been noticed "without oral argument," a process which is contrary to Local Rule 7-2. These motions have not been referred to me and it is not clear why the Airon defendants noticed them for my courtroom. While each motion has its antecedents in discovery which the Airon defendants claim was not made in timely fashion, the thrust of the motions is to impact the impending motions for summary

1

judgment. Unless Judge Chesney decides otherwise, I will make the initial determination whether these motions, or any part of them, are properly before me.

**IT IS THEREFORE ORDERED** that plaintiff file an opposition to each motion by **May 12, 2008**. Any reply shall be filed by **May 19, 2008**. If a hearing is required, it will be scheduled for **May 28, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

The Airon defendants did not lodge a chambers copy of either motion as required by General Order 45, VI, G. If copies are not received by noon, April 29, 2008, this schedule will be vacated.

Dated: April 28, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PACIFIC INFORMATION\BRIEFING ORDER.AIRON MOTIONS.wpd