Konrad L. Trope, Esq. SBN 133214
**Novo Law Group, P.C.**
4631 Teller Ave., Suite 140
Newport Beach, CA 92660
(949) 222-0899 (tel)
(949) 222-0983 (fax)
email: ktrope@novolaw.com

Attorneys for Plaintiff Pacific Information Resources, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC.,<br><br>           Plaintiff,<br><br>vs.<br><br>DIANA MUSSELMAN, individually, et. al.,<br><br>          Defendants. | **CASE NO.  C06-02306 MMC (Bzx)**<br><br>[Before the Honorable Bernard Zimmerman]<br><br>**JOINT STIPULATION TO CONTINUE AIRON DEFENDANTS' MOTION TO STRIKE MARCH 28, 2008 DECLARATION OF PROFESSOR RAN HADAS** |

4th Am. Com. Filed:   March 23, 2007
Expert Discovery
 Cut-Off:           February 26, 2008
Trial:               TBA
Final Pre-trial
  Status Conference:  TBA

Current Hearing Date:   May 14, 2008
Dept.:               TBA

1

**Joint Stipulation to Continue Airon Defendants' Motion to Strike March 28, 2008 Declaration of Professor Ran Hadas**

**Case No. C06-02306 MMC**

pacific information\pleadings\airon\jt stipulation for continuance final as sent 05 01 08

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Pacific Information Resources, Inc. ("Pacific" or "Plaintiff") and Defendants Airon Corporation, Levon Gasparian, Alexei Borisov ("Airon Defendants") by and through their counsel hereby stipulate to continue Airon Defendants' pending Motion to Strike the March 28 Supplemental Expert Report of Professor Ran Libeskind-Hadas from May 14, 2008 to May 28, 2008.

Parties believe there is good cause for granting this Joint Stipulation. The Airon Defendants already have two other Motions, tentatively scheduled by the Magistrate Judge, to be heard on May 28, 2008: (1) Airon's Motion to Strike the Declaration of Timothy J. Koster; and (2) Airon's Motion to Strike the Expert Declaration of Carole Levitt.

Thus, in the interests of preservation of scarce court resources as well as in the interests of minimizing costs and attorneys' fees, the parties believe that all of these motions should be heard on the same date.

Thus, in accordance with the briefing order of the Magistrate Judge, issued on April 28, 2008, Docket Entry No. 299, the parties would further stipulate that Plaintiff Pacific would file its Opposition to the Airon Motion to Strike the Hadas Declaration by May 12, 2008, and any reply thereto would be filed by the Airon Defendants May 19, 2008.

Respectfully submitted,

DATED: May 1, 2008

**NOVO LAW GROUP, P.C.**

BY:    /s/Konrad L. Trope, Esq.
California State Bar No. 133214
Novo Law Group, P.C.
4631 Teller Avenue, Ste 140
Newport Beach, California 92660
Telephone: (949) 222-0899
Facsimile: (949) 222-0983
E-mail: ktrope@novolaw.com
Attorneys for Plaintiff PACIFIC
INFORMATION RESOURCES,
INC.

2

**Joint Stipulation to Continue Airon Defendants' Motion to Strike March 28, 2008**
**Declaration of Professor Ran Hadas**

**Case No. C06-02306 MMC**

pacific information\pleadings\airon\jt stipulation for continuance final as sent 05 01 08

Dated: May 1, 2008

**BADGLEY~MULLINS LAW GROUP**

By: /s/ Duncan C. Turner, Esq.
Allyssa White, Esq.
Badgley~Mullins Law Group
701 5th Avenue, Suite 4750
Seattle, WA 98104
Tel: (206) 621-6566
Fax: (206) 621-9686
email: duncanturner@badgleymullins.com
email: awhite@badgleymullins.com
Attorneys for Defendants Alexei Borisov,
Levon Gasparian and Airon Corp

**[Proposed] Order**

Having considered the foregoing submitted Stipulation, and good cause, therefore appearing,

**IT IS THEREFORE ORDERED** that the hearing on Airon's Motion to Strike the Declaration of Professor Hadas currently scheduled for May 14, 2008 is continued until May 28, 2008 at 10:00 am in Court room G 15th Floor.

**IT IS FURTHER ORDERED** that Plaintiff file its opposition to set Motion by May 12, 2008 and any reply thereto shall be filed by May 19, 2008.

Dated: _____

_____
Honorable BERNARD ZIMMERMAN
United States Magistrate Judge
Northern District of California

DENIED

*Bernard Zimmerman*

Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

**IT IS NOT LIKELY THERE WILL BE A HEARING.**

DATED:  5/2/2008

3

**Joint Stipulation to Continue Airon Defendants' Motion to Strike March 28, 2008
Declaration of Professor Ran Hadas**

**Case No. C06-02306 MMC**

pacific information\pleadings\airon\jt stipulation for continuance final as sent 05 01 08

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California in the office of a member of the Bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within action; my business address is: **4631 Teller Avenue, Suite 140 Newport Beach, California 92660.**

On **May 1, 2008**, I served the foregoing document described as:

**JOINT STIPULATION TO CONTINUE AIRON DEFENDANTS' MOTION TO STRIKE MARCH 28, 2008 DECLARATION OF PROFESSOR RAN HADAS**

on the interested parties in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

***SEE ATTACHED SERVICE LIST***

**XX**    **BY MAIL:**  I deposited such envelope in the mail at Irvine, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE:**  I caused such envelope to be delivered by hand to the addressee at the address on the attached Mailing List.

**BY FEDEX:**  I deposited such envelopes at Irvine, California for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.  I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express.  They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

**BY FACSIMILE:**  I transmitted the foregoing document by facsimile to the party(s) identified above by using the facsimile number(s) indicated.  Said transmission(s) were verified as complete and without error.

**BY INTERNET/E-MAIL:**  I transmitted the foregoing document by e-mail to the party(s) identified above by using the Internet Protocol Addresses indicated.  Said transmission(s) were verified as complete and without error.

**XX**    **BY INTERNET/E-MAIL/COURT:** I certify that on May 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing as indicated on the attached Mailing List.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on **May 1, 2008**, at Irvine, California.

/s/J. Renée Nordyke

---

4

**Joint Stipulation to Continue Airon Defendants' Motion to Strike March 28, 2008 Declaration of Professor Ran Hadas**

**Case No. C06-02306 MMC**

*SERVICE LIST:*
*Pacific Information Resources v Musselman, et. al.*
Case No. C06-02306 MMC

**VIA U.S. MAIL**

Diane Musselman, In Pro Per
15 Gleneagle Court
Piqua, OH 45356

**VIA ELECTRONIC NOTIFICATION**

Duncan C. Turner, Esq.
Alyssa White, Esq.                              Attorneys for Defendants Alexei Borisov,
Badgley~Mullins Law Group                            Levon Gasparian and Airon Corp.
701 5th Avenue, Suite 4750
Seattle, WA 98104
Tel: (206) 621-6566
Fax: (206) 621-9686
email: duncanturner@badgleymullins.com
email: courtnotices@badgleymullins.com

**VIA ELECTRONIC NOTIFICATION**

Steven J. Rood, Esq.
Attorney at Law
405 14th Street, Suite 212
Oakland, CA 94612
Tel: (510) 839-0900
Fax: (510) 839-0230
email: steve@steverood.com

**VIA ELECTRONIC NOTIFICATION**

Russell Petti, Esq.                             Attorneys for Renee Dunbar a.k.a.
Law Offices of Russell Patti                    Renee Beal, Peter Dunbar,
466 Foothill Blvd. # 389                        Adrian Pereira, Elton Pereira,
La Canada, California 91011                      Jason-Leo Carvalho and Paretologic, Inc.
Tel: (818) 952-2168
Fax: (818) 952-2186
email:  Rpetti@petti-legal.com

**Joint Stipulation to Continue Airon Defendants' Motion to Strike March 28, 2008
Declaration of Professor Ran Hadas**

**Case No. C06-02306 MMC**

pacific information\pleadings\airon\jt stipulation for continuance final as sent 05 01 08