IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIANA MUSSELMAN, et al.,<br><br>　　　　Defendants<br>　　　　　　　　　　　　　　　　　　　／ | No. C 06-2306 MMC<br><br>**ORDER AFFORDING DEFENDANT DIANA MUSSELMAN OPPORTUNITY TO REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

　　　By order filed April 17, 2008, the Court directed plaintiff to show cause why its motion for partial summary judgment with respect to defendant Diana Musselman ("Musselman") should not be denied for the reason plaintiff had failed to file a complete motion before the March 21, 2008 deadline to file dispositive motions.[1]  On May 5, 2008, plaintiff filed a response to the Court's order, in which plaintiff, in essence, requests that the deadline to file dispositive motions, to the extent such deadline is applicable to plaintiff's claims against Musselman, be extended to May 5, 2008, the date on which plaintiff completed its filing of the above-referenced motion for partial summary judgment.

　　　The Court hereby affords Musselman the opportunity to file, no later than May 23,

---

[1] On March 21, 2008, plaintiff filed an incomplete motion for partial summary judgment with respect to Musselman.

2008, a reply to plaintiff's response to the Court's order of April 17, 2008. As of May 23, 2008, the Court will take under submission the issue of the timeliness of plaintiff's motion for partial summary judgment. In the event the Court finds plaintiff has shown good cause exists to extend the deadline to file a dispositive motion against Musselman, the Court will, at that time, set a deadline for Musselman to file an opposition or other response to the merits of plaintiff's motion for partial summary judgment.

**IT IS SO ORDERED**.

Dated: May 7, 2008

_____
MAXINE M. CHESNEY
United States District Judge