1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

PACIFIC INFORMATION RESOURCES, INC.,

Plaintiff,

vs.

DIANA MUSSELMAN, individually, et. al.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO.  C06-02306 MMC (Bzx)**

[Before the Honorable Bernard Zimmerman]

**[PROPOSED] ORDER GRANTING PLAINTIFF PACIFIC INFORMATION RESOURCES, INC.'S *EX PARTE* APPLICATION TO CONTINUE DATE BY WHICH PACIFIC FILES IT OPPOSITION TO AIRON DEFENDANTS' MOTION TO STRIKE MARCH 28, 2008 DECLARATION OF PROFESSOR RAN HADAS**

**[Filed Concurrently Herewith: Pacific's *Ex Parte* Application to Continue Date by Which Pacific Files its Opposition to Airon Defendants' Motion to strike March 28, 2008 Declaration of Professor Ran Hadas; [Proposed] Order Lodged Concurrently Herewith**

4th Am. Com. Filed:     March 23, 2007
Status Conference:      June 6, 2008

Current Hearing Date:          May 14, 2008

1

**[Proposed] Order Granting Pacific's *Ex Parte* Application to Continue Date to file Opposition to Airon Defendants' Motion to Strike March 28, 2008 Declaration of Professor Ran Hadas**

**Case No. C06-02306 MMC**

pacific information\pleadings\airon\ex parte appli 05 05 08\proposed order re ex parte appl to cont date to file final as filed 05 06 08

Having considered the *Ex Parte* Application of Plaintiff Pacific Information Resources,

Inc. to Continue the May 1,2 008 date by which it was to have filed its Opposition to Airon

Defendants' Motion to Strike the Supplemental Declaration of Professor Hadas, and:

1.   Noting that the Parties had previously submitted a Stipulation to Move the

     Tentative Hearing Date whereby Plaintiff Pacific could file its Opposition by May

     12, 2008;

2.   Noting that the instant Ex Parte Application is also unopposed by Defendants: and

     **The court will address plaintiff's conduct at a hearing on May 28, 2008 at 10:00 a.m.**

3.   ~~Good cause, therefore appearing,~~

     **IT IS THEREFORE ORDERED** that Plaintiff Pacific is granted a continuance until

May 12, 2008 to file its Opposition to Airon's Motion to Strike the Declaration of Professor

Hadas.  ~~The court will then determine whether or not to schedule a hearing on this matter.~~

Dated: _ May 7, 2008 _____

Honorable BERNARD ZIMMERMAN
United States Magistrate Judge
Northern District of California

Prepared by:

Konrad L. Trope, Esq. SBN 133214
**Novo Law Group, P.C.**
4631 Teller Ave., Suite 140
Newport Beach, CA 92660
(949) 222-0899 (tel)
(949) 222-0983 (fax)
email: ktrope@novolaw.com
Attorneys for Plaintiff Pacific Information Resources, Inc.

IT IS SO ORDERED

Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**[Proposed] Order Granting Pacific's *Ex Parte* Application to Continue Date to file
Opposition to Airon Defendants' Motion to Strike March 28, 2008 Declaration of Professor
Ran Hadas**

**Case No. C06-02306 MMC**

pacific information\pleadings\airon\ex parte appli 05 05 08\proposed order re ex parte appl to cont date to file final as filed 05 06 08

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California in the office of a member of the Bar of this Court at whose direction this service was made.  I am over the age of 18 and not a party to the within action; my business address is: **4631 Teller Avenue, Suite 140 Newport Beach, California 92660.**

On **May 6, 2008**, I served the foregoing document described as:

**[PROPOSED] ORDER GRANTING PLAINTIFF PACIFIC INFORMATION RESOURCES, INC.'S *EX PARTE* APPLICATION TO CONTINUE DATE BY WHICH PACIFIC FILES IT OPPOSITION TO AIRON DEFENDANTS' MOTION TO STRIKE MARCH 28, 2008 DECLARATION OF PROFESSOR RAN HADAS**

on the interested parties in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

*SEE ATTACHED SERVICE LIST*

**XX**   **BY MAIL:**  I deposited such envelope in the mail at Irvine, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE:**  I caused such envelope to be delivered by hand to the addressee at the address on the attached Mailing List.

**BY FEDEX:**  I deposited such envelopes at Irvine, California for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.  I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express.  They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

**BY FACSIMILE:**  I transmitted the foregoing document by facsimile to the party(s) identified above by using the facsimile number(s) indicated.  Said transmission(s) were verified as complete and without error.

**BY INTERNET/E-MAIL:** I transmitted the foregoing document by e-mail to the party(s) identified above by using the Internet Protocol Addresses indicated.  Said transmission(s) were verified as complete and without error.

**XX**   **BY INTERNET/E-MAIL/COURT:** I certify that on May 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing as indicated on the attached Mailing List.

3

**[Proposed] Order Granting Pacific's *Ex Parte* Application to Continue Date to file Opposition to Airon Defendants' Motion to Strike March 28, 2008 Declaration of Professor Ran Hadas**

**Case No. C06-02306 MMC**

pacific information\pleadings\airon\ex parte appli 05 05 08\proposed order re ex parte appl to cont date to file final as filed 05 06 08

1

2

   I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on **May 6, 2008**, at Los Angeles, California.

3

                              /s/J. Renée Nordyke

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[Proposed] Order Granting Pacific's *Ex Parte* Application to Continue Date to file Opposition to Airon Defendants' Motion to Strike March 28, 2008 Declaration of Professor Ran Hadas**

**Case No. C06-02306 MMC**

pacific information\pleadings\airon\ex parte appli 05 05 08\proposed order re ex parte appl to cont date to file final as filed 05 06 08

*SERVICE LIST:*
*Pacific Information Resources v Musselman, et. al.*
Case No. C06-02306 MMC

**VIA U.S. MAIL**

Diane Musselman, In Pro Per
15 Gleneagle Court
Piqua, OH 45356

**VIA ELECTRONIC NOTIFICATION**

Duncan C. Turner, Esq.                    Attorneys for Defendants Alexei Borisov,
Alyssa White, Esq.                        Levon Gasparian and Airon Corp.
Badgley~Mullins Law Group
701 5th Avenue, Suite 4750
Seattle, WA 98104
Tel: (206) 621-6566
Fax: (206) 621-9686
email: duncanturner@badgleymullins.com
email: courtnotices@badgleymullins.com

**VIA ELECTRONIC NOTIFICATION**

Steven J. Rood, Esq.
Attorney at Law
405 14th Street, Suite 212
Oakland, CA 94612
Tel: (510) 839-0900
Fax: (510) 839-0230
email: steve@steverood.com

**VIA ELECTRONIC NOTIFICATION**

Russell Petti, Esq.                       Attorneys for Renee Dunbar a.k.a.
Law Offices of Russell Patti              Renee Beal, Peter Dunbar,
466 Foothill Blvd. # 389                  Adrian Pereira, Elton Pereira,
La Canada, California 91011               Jason-Leo Carvalho and Paretologic, Inc.
Tel: (818) 952-2168
Fax: (818) 952-2186
email:  Rpetti@petti-legal.com

5

**[Proposed] Order Granting Pacific's *Ex Parte* Application to Continue Date to file Opposition to Airon Defendants' Motion to Strike March 28, 2008 Declaration of Professor Ran Hadas**

**Case No. C06-02306 MMC**

pacific information\pleadings\airon\ex parte appli 05 05 08\proposed order re ex parte appl to cont date to file final as filed 05 06 08