UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., | |
| Plaintiff(s), | No. C06-2306 MMC (BZ) |
| v. | **ORDER GRANTING AIRON DEFENDANTS' MOTION TO STRIKE THE TESTIMONY OF CAROLE LEVITT** |
| DIANA MUSSELMAN, et al., | |
| Defendant(s). | |

Plaintiff filed a statement of non-opposition to the Airon defendants' motion to strike the testimony of Carole Levitt.  Good cause appearing, **IT IS HEREBY ORDERED** that the Airon defendants' motion is **GRANTED**.

Dated: May 14, 2008

_Bernard Zimmerman_
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PACIFIC INFORMATION\ORDER GRANTING MOTION TO STRIKE LEVITT DECLARATION.wpd

1