IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PACIFIC INFORMATION RESOURCES, INC.,

    Plaintiff,

v.

DIANA MUSSELMAN, et al.,

    Defendants

No. C 06-2306 MMC

**ORDER DENYING AIRON DEFENDANTS' MOTION TO STRIKE INADMISSIBLE EVIDENCE [DOCKET # 324]**

    The Court is in receipt of Airon Defendants' "Motion to Strike Inadmissible Evidence Under Federal Rules of Evidence 403 and 404(b)," filed May 8, 2008.  Having reviewed the motion, the Court finds no opposition is required at the present time and, as set forth below, will deny the motion.

    By the instant motion, Airon Defendants seek an order striking certain evidence submitted by plaintiff in opposition to Airon Defendant's motion for summary judgment;[1] Airon Defendants argue such evidence is irrelevant to any issue presented by Airon

---

[1] The instant motion to strike is the third such motion Airon Defendants have recently filed, each seeking to strike evidence offered by plaintiff in opposition to Airon Defendants' motion for summary judgment.  One of the prior motions to strike was referred to Magistrate Judge Bernard Zimmerman, to whom all discovery disputes have been referred, as it was premised on an argument that the subject evidence should be stricken in light of plaintiff's alleged failure to comply with a discovery obligation; the second was noticed by Airon Defendants before Judge Zimmerman, apparently because the motion, at least in part, presents an issue pertaining to plaintiff's alleged failure to comply with a discovery obligation.

Defendants' motion for summary judgment.

Airon Defendants' motion for summary judgment, however, is not currently before the Court, the parties having agreed to take said motion off calendar.[2] Consequently, the instant motion to strike is premature.

Accordingly, the instant motion to strike is hereby DENIED, without prejudice to Airon Defendants' filing Objections to the subject evidence in the event Airon Defendants re-notice their motion for summary judgment.

**IT IS SO ORDERED**.

Dated: May 15, 2008

MAXINE M. CHESNEY
United States District Judge

---

[2] On April 4, 2008, the Court approved the parties' stipulation to take Airon Defendants' motion for summary judgment off calendar, pending resolution of the parties' discovery disputes.

2