UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., | |
| Plaintiff(s), | No. C06-2306 MMC (BZ) |
| v. | **ORDER SCHEDULING HEARING** |
| DIANA MUSSELMAN, et al., | |
| Defendant(s). | |

**IT IS HEREBY ORDERED** that a hearing on plaintiff's motion for reconsideration is scheduled for **Tuesday, June 3, 2008 at 1:30 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Any counsel who wishes to appear by telephone shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: May 29, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PACIFIC INFORMATION\ORDER SETTING HRG MOT RECONSIDERATION.wpd

1