IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIANA MUSSELMAN, et al., <br><br> Defendants <br> _____ / | No. C 06-2306 MMC <br><br> **ORDER DISCHARGING ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANT DIANA MUSSELMAN SHOULD NOT BE DENIED; SETTING BRIEFING SCHEDULE ON MOTION FOR PARTIAL SUMMARY JUDGMENT** |

     Before the Court is plaintiff's response, filed May 5, 2008, to the Court's April 17, 2008 order directing plaintiff to show cause why its motion for partial summary judgment with respect to defendant Diana Musselman ("Musselman") should not be denied, for the reason plaintiff did not complete the filing of said motion by the March 21, 2008 deadline to file dispositive motions.  Musselman, although afforded an opportunity to file a reply to plaintiff's response, has not filed a reply.

     Having read and considered plaintiff's response, in which plaintiff explains why it failed to file a complete motion until May 5, 2008, and Musselman having stated no objection to the Court's considering the untimely-filed motion, the Court hereby exercises its discretion to consider the above-referenced motion on its merits, and, accordingly, DISCHARGES the April 17, 2008 order to show cause.

The Court sets the following briefing schedule on plaintiff's motion for partial summary judgment:

1. No later than June 20, 2008, Musselman shall file any opposition or other response to plaintiff's motion.

2. No later than July 3, 2008, plaintiff may file any reply.

3. As of July 3, 2008, the Court will take the matter under submission.[1]

**IT IS SO ORDERED**.

Dated: June 4, 2008

                    MAXINE M. CHESNEY
                    United States District Judge

---

[1] On May 20, 2008, plaintiff filed an "Errata to [Plaintiff's] Notice of Motion and Motion for Partial Summary Judgment Against Defendant Diana Musselman," by which document plaintiff seeks, inter alia, to notice its motion for hearing on June 13, 2008. Such hearing date is hereby VACATED; as set forth above, the Court will take the matter under submission on July 3, 2008.

2