UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC.,<br><br>  Plaintiff(s),<br><br>  v.<br><br>DIANA MUSSELMAN, et al.,<br><br>  Defendant(s). | No. C06-2306 MMC (BZ)<br><br>**ORDER STRIKING CITATION LIST** |

**IT IS HEREBY ORDERED** that plaintiff's citation list filed June 4, 2008 at 12:57 p.m. is **STRICKEN** as untimely. It was due at noon. This is another example of plaintiff's repeated failures to abide by time deadlines.

The Dunbar defendants are relieved of their obligation to file a responsive list. The court did not consider the list provided by plaintiff in deciding the reconsideration motions.

Dated: June 4, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PACIFIC INFORMATION\ORDER STRIKING PLTF'S CITATION LIST.wpd

1