**Russell G. Petti, State Bar No. 137160**
**THE LAW OFFICES OF RUSSELL G. PETTI**
466 Foothill Blvd., # 389
La Canada, California 91011
Telephone: (818) 952-2168
Facsimile: (818) 952-2186

Attorney for Defendants Renee Dunbar, Peter Dunbar,
Paretologic Inc., Elton Pereira, Adrian Pereira, and Jason Carvalho

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br> Plaintiff, <br><br> v. <br><br> DIANA MUSSELMAN, individually, et. al., <br><br> Defendants. | CASE NO. C06-02306 MMC <br><br> [Before the Honorable Maxine M. Chesney Courtroom: 7] <br><br> **JOINT STIPULATION FOR MEDIATION AND TO TAKE DATES OFF CALENDAR PENDING MEDIATION; [PROPOSED] ORDER** |

**To all Parties and their Attorneys of record and this Honorable Court:**

Plaintiff Pacific Information Resources ("PIR"), Defendants Airon Corporation, Lavon Gasparian, Alexei Borisov (the "Airon Defendants"), as well as Defendants Paretologic, Inc., Adrian Pereira, Elton Pereira, and Jason-Leo Carvalho, Peter and Renee Dunbar (the "Paretologic/Dunbar Defendants"), by and through their Counsel hereby stipulate as follows:

1.     The parties have conducted a prior mediation of this matter, but were not able to resolve it;

2.     During the February 8, 2008 status conference, the Court suggested that the parties schedule another mediation;

3.      During that status conference, the parties also informed the Court that there was a dispute with respect to certain rebuttal and/or supplemental expert reports served by PIR.  The Court took the trial date in this matter off-calendar, and instructed the parties to bring the dispute before the honorable Bernard Zimmerman, United States Magistrate Judge.

4.      At the time of the status conference, there were cross-motions for summary judgment/adjudication on calendar.  The parties filed a stipulation to have that date taken off-calendar pending the resolution of the discovery dispute before Judge Zimmerman.

5.      Since then, the parties have engaged in motion practice before Judge Zimmerman over PIR's expert reports, and Judge Zimmerman has issued rulings. The net effect of Judge Zimmerman's rulings were that (1) the reports would be allowed to stand; (2) the Paretologic/Dunbar Defendants were given leave to designate a rebuttal expert by June 30, 2008; and (3) PIR was order to pay attorneys fees to the Airon Defendants and the Paretologic/Dunbar Defendants, in amounts that have not yet been determined.

6.      The parties believe that these Orders provide them with a renewed opportunity to resolve this case, and as such have agreed to a further mediation session.  Specifically, the parties have agreed to participate in a day of mediation before the honorable Dickran Tevrezian, formerly a judge in the Central District of California, and now a member of the JAAMS mediation firm.  This mediation has now been confirmed for July 9, 2008.

7.      However, the parties, in aid of settlement, would like to avoid expending further resources until this further mediation before Judge Tevrezian has taken place.  The parties note that sums expended on litigation and additional expert reports will not be available to resolve this case, and that continuing to litigate this case while attempting to resolve it will make settlement more difficult, and might make it impossible.

1  8.      As such, the parties respectfully that the Court afford a brief respite from
2  the demands of further litigation, during this period of mediation.

3  9.      To that end, the parties respectfully request that the Court Order the
4  following:

5        a.      That the parties mediate this matter before the Honorable Dickran
6                Tevrezian, with the mediation to be completed within 30 days;

7        b.      That the Court not reset the trial date and the summary judgment
8                hearing date until after this mediation;

9        c.      That the Court take the date for the Paretologic/Dunbar Defendants to
10               disclose their rebuttal expert off calendar, to be reset after the
11               mediation;

12       d.      That the Court continue the period in which any party may file an
13               objection to Judge Zimmerman's rulings, until 14 days after the
14               mediation; and

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**Joint Stipulation for Mediation and [Proposed] Order  C 06-2306 MMC**

1    e.    After the mediation, if it is not successful in completely resolving this

2          matter, the parties will file a stipulation seeking a status conference

3          with proposed dates for the trial and summary judgment hearing date

4          (and associated dates).

5

6                              **IT IS SO STIPULATED**

7          Respectfully submitted,

8

DATED: June 9, 2008                          Dated: June 9, 2008

9
**NOVO LAW GROUP, P.C.**                     **LAW OFFICES OF RUSSELL**
10                                           **PETTI**

11
BY:_____/s/_____       By:_____/s/_____
12                                           Russell Petti, Esq.
        Konrad L. Trope, Esq.                Law Offices of Russell Petti
13      Novo Law Group, P.C.                 Attorneys for Renee Dunbar,
        Attorneys for Plaintiff PACIFIC      Peter Dunbar, Adrian Pereira,
14      INFORMATION                          Elton Pereira, Jason-Leo
        RESOURCES, INC.                      Carvalho and Paretologic, Inc.
15

16   Dated: June 9, 2008

17   **BADGLEY~MULLINS LAW**
     **GROUP**
18

19   By:_____/s/_____
        Duncan C. Turner, Esq.
20      Allyssa White, Esq.
        Badgley~Mullins Law Group
21      Attorneys for Defendants Alexei
        Borisov, Levon Gasparian and
22      Airon Corp

23

24

25

26

27

28

- 4 -

1

## [PROPOSED] ORDER

2

3
Having reviewed the Stipulation of the Parties, and for Good Cause Shown,

4
the Court Orders as Follows:

5
1.    That the parties mediate this matter before the Honorable Dickran

6
Tevrezian, with the mediation to be completed within 30 days;

7
2.    That the trial date and the summary judgment hearing date will remain off

8
calendar until after this mediation; however, the dates in the Court's June 4, 2008 order,
which pertains to plaintiff's motion regarding claims against Diana Musselman, remain in effect;

9
3.    That the date for the Paretologic/Dunbar Defendants to disclose their

10
rebuttal expert is taken off calendar, to be reset after the mediation;

11
4.    That the period in which any party may file an objection to Judge

12
Zimmerman's rulings is continued until 14 days after the mediation; and

13
5.    After the mediation, if it is not successful in completely resolving this matter,
the parties shall telephonically appear on September 5, 2008 at 10:30 a.m. for a status conference,

14
~~matter, the parties will file a stipulation seeking a status conference with proposed~~
and shall file, no later than August 29, 2008, a joint status report, including therein proposed

15
dates for the trial and summary judgment hearing date (and associated dates).   The
June 20, 2008 conference is vacated.

16
## IT IS SO ORDERED

17

18
Dated: _June 19, 2008_____

19
_____
Honorable MAXINE M. CHESNEY
United States District Judge

20

21

22

23

24

25

26

27

28

- 5 -

**Joint Stipulation for Mediation and [Proposed] Order  C 06-2306 MMC**