Duncan C. Turner  
*Admitted Pro Hac Vice*  
Washington State Bar #20597  
Allyssa J. White  
*Admitted Pro Hac Vice*  
Washington State Bar #38429  
Badgley~Mullins Law Group  
701 5th Avenue, #4750  
Seattle, WA 98104  
Telephone: (206) 621-6566  
Facsimile: (206) 621-9686  
E-mail:  duncanturner@badgleymullins.com  
         awhite@badgleymullins.com  

The Honorable Judge Maxine Chesney

Attorneys for Defendant Airon Corporation

UNITED STATES DISTRICT COURT FOR THE  
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIANA MUSSELMAN, individually and d/b/a COURTSONLINE.ORG, et al., <br><br> Defendants. | Case No. C06-2306 MMC <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE CERTAIN DEADLINES FOUND IN THIS COURT'S JUNE 4, 2008, ORDER** |

**To all Parties and their Attorneys of record and this Honorable Court:**

Plaintiff Pacific Information Resources ("PIR"), Defendants Airon Corporation, Levon Gasparian, Alexei Borisov (the "Airon Defendants"), as well as Defendants Paretologic, Inc., Adrian Pereira, Elton Pereira, and Jason-Leo Carvalho, Peter and Renee Dunbar (the "Paretologic/Dunbar Defendants"), by and through their Counsel hereby stipulate as follows:

JOINT STIPULATION AND ORDER TO  
CONTINUE CERTAIN DEADLINES FOUND  
IN THIS COURT'S JUNE 4, 2008, ORDER - 1  

Case No. C06-2306 MMC

BADGLEY ~ MULLINS  
LAW GROUP  
4750 Columbia Center  
701 Fifth Avenue  
Seattle, Washington 98104  
Telephone: (206) 621-6566  
Fax: (206) 621-9686

1. The parties have stipulated and the Court has ordered that the parties will mediate this matter within 30 days of June 19, 2008, and the trial date and summary judgment date will remain off calendar until after the mediation;

2. On June 4, 2008, the Court awarded the Airon Defendant sanctions pursuant to its Motion to Strike the Supplemental Hadas report dated March 22, 2008. The Court ordered Airon Defendants to provide a declaration setting forth the attorneys' fees and costs they incurred to prepare and argue the motion to strike to Plaintiff's counsel no later than July 1, 2008.

3. Similarly, on June 4, 2008 the Court, in granting in part PIR's Motion for Reconsideration, awarded the Paretologic/Dunbar Defendants sanctions in the form of certain attorney fees and costs, and ordered them to provide a declaration, setting forth the amount, to PIR's counsel by July 1, 2008.

4. The Court further ordered that if the parties could not agree on the amount, Defendants could file an appropriate motion.

5. In aid of settlement and to avoid expending further resources until mediation has taken place, the parties respectfully request that the Court Order the following:

That this Court continue the July 1, 2008, date by which Airon Defendants and the Paretologic/Dunbar Defendants are required to provide a declaration to Plaintiff's counsel setting forth the attorneys' fees and costs that should be awarded pursuant to the above referenced Motions, until 10 days after the mediation.

//

//

JOINT STIPULATION AND ORDER TO
CONTINUE CERTAIN DEADLINES FOUND
IN THIS COURT'S JUNE 4, 2008, ORDER - 2

Case No. C06-2306 MMC

BADGLEY ~ MULLINS
LAW GROUP
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

## IT IS SO STIPULATED

Respectfully submitted:

DATED: June 30, 2008                                DATED: June 30, 2008

NOVO LAW GROUP                                      BADGLEY~MULLINS LAW GROUP


By: s/Konrad L. Trope                               By: s/Duncan C. Turner
    Konrad L. Trope, Esq.                               Duncan C. Turner, Esq.
    Attorney for Plaintiff,                             Allyssa J. White, Esq.
    Pacific Information Resources, Inc.                 Attorneys for Airon Defendants


DATED: June 30, 2008

**LAW OFFICE OF RUSSELL PETTI**


By: s/Russell Petti
    Russell Petti, Esq.
    Attorney for Paretologic/Dunbar Defendants

---

JOINT STIPULATION AND ORDER TO
CONTINUE CERTAIN DEADLINES FOUND
IN THIS COURT'S JUNE 4, 2008, ORDER - 3

Case No. C06-2306 MMC

**BADGLEY ~ MULLINS**
LAW GROUP
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

## [PROPOSED] ORDER

Having reviewed the Stipulation of the Parties, and for Good Cause Shown, the Court Orders as Follows:

The July 1, 2008, date by which Airon Defendants are required to provide a declaration to Plaintiff's counsel setting forth the attorneys' fees and costs they incurred to prepare and argue the Motion to Strike the Supplemental Hadas Report, is continued until 10 days after the mediation; and

The July 1, 2008 date by which the Paretologic/Dunbar Defendants are required to provide a declaration to Plaintiff's counsel setting forth the attorney fees and costs incurred in preparing and arguing their Motion to Strike, is continued until 10 days after the mediation.

**IT IS SO ORDERED**

Dated the ___1st___ of July, 2008.

_____
~~Honorable Maxine M. Chesney~~
~~United States District Judge~~
Bernard Zimmerman, U.S. Magistrate Judge



JOINT STIPULATION AND ORDER TO
CONTINUE CERTAIN DEADLINES FOUND
IN THIS COURT'S JUNE 4, 2008, ORDER - 4

Case No. C06-2306 MMC

BADGLEY ~ MULLINS
LAW GROUP
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

# CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Konrad L. Trope
Novo Law Group, P.C.
4631 Teller Avenue, Suite 140
Newport Beach, CA 92660
Email: ktrope@novolaw.com
**Attorney for Plaintiff**

Russell G. Petti
The Law Offices of Russell G. Petti
466 Foothill Blvd., Suite 389
La Canada, CA 91011
Telephone: (818) 952-2168
Fax: (818) 952-2186
Rpetti@petti-legal.com
**Attorneys for Defendant Peter and Renee Dunbar; Adrian and Elton Pereira; Jason-Leo Carvalho; Paretologic, Inc.**

Steven Rood
405 14th St. Suite 212
Oakland, CA 94612
**Attorneys for Defendant Airon Corporation, Alexei Borisov and Levon Gasparian**
Steve@steverood.com

Diana Musselman
15 Gleneagle Court
Piqua, OH 45356
**Via Federal Express**

s/Duncan C. Turner
*Admitted Pro Hac Vice*
Duncan C. Turner WSBA #20597
Badgley-Mullins Law Group
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
Telephone: 206-621-6566
Fax: 206-621-9686
Email: duncanturner@badgleymullins.com

JOINT STIPULATION AND ORDER TO CONTINUE CERTAIN DEADLINES FOUND IN THIS COURT'S JUNE 4, 2008, ORDER - 5

Case No. C06-2306 MMC

BADGLEY ~ MULLINS
LAW GROUP
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686