1  Konrad L. Trope, Esq. SBN 133214
   **Novo Law Group, P.C.**
2  4631 Teller Ave., Suite 140
   Newport Beach, CA 92660
3  (949) 222-0899 (tel)
   (949) 222-0983 (fax)
4  email: ktrope@novolaw.com

5  Attorneys for Plaintiff Pacific Information Resources, Inc.

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 | PACIFIC INFORMATION RESOURCES, INC., | ) CASE NO. C06-02306 MMC |
|---|---|
| | ) |
| Plaintiff, | ) [Before the Honorable Maxine M. Chesney] |
| | ) |
| vs. | ) ~~REVISED [PROPOSED]~~ ORDER RE: MOTION FOR ~~AGAINST DEFENDANT DIANA~~ PARTIAL ~~MUSSELMAN~~ SUMMARY JUDGMENT AGAINST ~~ADJUDICATION~~ DEFENDANT DIANA MUSSELMAN |
| DIANA MUSSELMAN, individually, et. al., | ) |
| Defendants. | ) [Filed Concurrently ~~With: Memorandum~~ of Points and Authorities in Support of Motion for Summary Adjudication; Request for Judicial Notice;] |
| | ) |
| | ) 4th Am. Com. Filed:  March 23, 2007 |
| | Expert Discovery |
| | Cut-Off:              February 26, 2008 |
| | Trial:                TBA |
| | Status Conference:    TBA |
| | |
| | Hearing Date:         TBA |
| | Time:                 9:00 a.m. |
| | Dept.:                7 |

---

1
**Revised [Proposed] Order for Summary Adjudication Against Diana Musselman**
**Case No. C06-02306 MMC**
pacific information resources\pleadings\diana musselman \pir msj\revised proposed order re msj final as filed 05 02 08


Motion for Partial Summary

Upon consideration of Plaintiff's ~~Application for Entry of Defaul~~t Judgement against Diana Musselman, and the Memorandum of Law and Declarations in support thereof, it is ORDERED that Plaintiff's ~~Application~~ motion is GRANTED, ~~with the court finding~~ as follows:

(1) The Court having considered the papers presented finds that there is no genuine dispute of material fact concerning liability of Diana Musselman under Pacific's

    a. 7th Claim for Relief for Direct Copyright Infringement of the Content of Pacific's website, www.searchsystems.net, under *17 U.S.C. §§ 101, et. seq.;*

    b. 19th Claim for Relief for Direct Infringement of a Registered Trademark/Service Mark under *15 U.S.C. § ~~1125,~~ 1114;*

    c. 30th Claim for Relief for Common Law Misappropriation; and

    d. 31st Claim for Relief for Common Law Conversion;

contained in Pacific's 4th Amended Complaint.

(2) As part of the Court finding there is no genuine dispute of material fact concerning liability of Diana Musselman under Pacific's 7th, 19th, 30th and 31st Claims for Relief, the Court specifically notes the following ~~findings of fact:~~ facts are undisputed:

    (a) Plaintiff Pacific Information Resources, Inc. (Pacific) owns and operates the website located at www.searchsystems.net (the "**WEBSITE**");

    (b) Pacific has registered two valid copyrights concerning the **WEBSITE**. One registration, bearing Registration No. TX 6-275-368 protects the text of the **WEBSITE**, bearing the URL www.searchsystems.net. Plaintiff's other valid copyright registration at issue in this stipulated permanent injunction, bears Registration No. TX 6-275-367 which protects the PHP Hyper Text Processor source code of the **WEBSITE**. ~~True and correct copies of the copyright registrations are attached hereto and incorporated herein as **Exhibit "1" (the "COPYRIGHTS")**;~~

1      (c)    Pacific also has a valid registration from the United States Patent and Trademark Office for its service mark consisting of the word mark "search systems" within a design or drawing bearing USPTO Trademark Registration No. 2019094 (the "**SERVICE MARK**"). ~~A true and correct copy of this registration for Plaintiff's registered **SERVICE MARK** is attached hereto and incorporated herein as Exhibit "2"~~"; and

    (d)    Pacific has continuously, for the preceding five years, at the very least, continuously and openly used variations of its registered **SERVICE MARK**, but such variations, while not registered, acquired secondary meaning and thus are fully protected under applicable federal and state law as described in Pacific's Complaint on file with the court; that Pacific's registered **SERVICE MARK** and unregistered service marks are collectively hereinafter referred to as the "**SERVICE MARKS**" and that the unregistered but legally valid and protected **SERVICE MARKS** of Plaintiff include, but are not limited to, the terms: "searchsystems", "searchsystems.net".

Therefore, the Court hereby GRANTS Plaintiff Pacific's Motion for Partial Summary Judgment with respect to ~~these~~ the 7th, 19th, 30th, and 31st claims for relief against Diana Musselman, and further declares this to be a final determination of liability for these particular claims for relief. ~~In addition~~ Accordingly, the Court Orders that Defendant Diana Musselman, her agents, servants, employees, officers, attorneys, successors, licensees, partners and assigns, and all persons acting in concert with each or any of them, are permanently enjoined from inducing, aiding, assisting, encouraging, enabling, engaging in, causing, materially contributing to, or otherwise facilitating through any means, whether in existence or later created, the unauthorized and/or unlicensed user reproduction, downloading, uploading, distribution of copies of Plaintiff's copyrighted works, including but not limited to any and all content, materials and information contracted in, derived from or otherwise, whether now in existence or later created.

The Court further orders that Defendant Diana Musselman, ~~her husband, her son~~, her agents, servants, employees, officers, attorneys, successors, licensees, partners and assigns, and all persons acting in concert with each or any of them, are permanently enjoined reproducing, copying, manufacturing, importing, using, promoting, selling, renting, leasing, distributing, or displaying:

(1) any part of the **WEBSITE** or any website substantially similar to the copyright protected **WEBSITE**;

(2) any part of the **SERVICE MARKS**; or

(3) from authorizing anyone to do the same, or from exercising any other of the exclusive rights of a copyright owner and a service mark owner under the various federal and state statutes listed in Pacific's Complaint.

(4) selling or marketing services in any way that tends to deceive, mislead, or confuse the public into believing that any of the Musselman's websites or other activities were or are in any way sanctioned by or affiliated with Pacific's **WEBSITE;**

(5) diluting the distinctive quality of Pacific's **SERVICE MARKS**; or

(6) otherwise competing unfairly with Pacific or its **WEBSITE;** or

(7) from authorizing anyone to do the same, or from exercising any other of the exclusive rights of a copyright owner and a service mark owner under the various federal and state statutes listed in Pacific's Complaint.

Finally, the Court finds it is undisputed that Pacific incurred damages in the amount of ~~It is further ORDERED that JUDGMENT in the amount of $798,230.00 is ENTERED~~ $760,050 (see Bond Decl. paragraph 24), and further finds Diana Musselman is jointly and ~~against Diana Musselman~~. severally liable with Mark Musselman, (see Civil Case No. 07-1918 MMC, Docket # 31), for such amount.

Dated: July 21, 2008

Honorable MAXINE M. CHESNEY
United States District Judge