IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DIANA MUSSELMAN, et al.,<br><br>Defendants<br>_____/ | No. C 06-2306 MMC<br><br>**ORDER DIRECTING PARTIES TO SHOW CAUSE WHY FINAL JUDGMENT AS TO DEFENDANT DIANA MUSSELMAN SHOULD NOT BE ENTERED** |

By separate order filed concurrently herewith, the Court has granted plaintiff's motion for partial summary judgment against Diana Musselman ("Musselman") and, in so doing, has granted plaintiff's requests for a permanent injunction and an award of damages against Musselman.

Where, as here, "multiple parties are involved" in an action, a district court may "direct entry of a final judgment as to one [party] only if the court expressly determines that there is no just reason for delay." See Fed. R. Civ. P. 54(b). Here, because plaintiff's claims against the remaining defendants are based on acts separate and distinct from those on which plaintiff's claims against Musselman are based, there is no apparent reason to delay entry of a final judgment on plaintiff's claims against Musselman. Cf. Wood v. GCC Bend, LLC, 422 F. 3d 873, 881-83 (9th Cir. 2005) (holding entry of final judgment on

one dismissed claim improper, where dismissed and remaining claims are based on "same fact[s]").

Accordingly, if any party objects to entry of final judgment as to Musselman, such party is hereby ORDERED TO SHOW CAUSE, in writing and no later than July 31, 2008, why such final judgment should not be entered. Any party who does not object to entry of such final judgment need not file a response hereto.

**IT IS SO ORDERED**.

Dated: July 21, 2008

MAXINE M. CHESNEY
United States District Judge