1  DAVID N. MAKOUS, SB# 082409
      E-Mail: makous@lbbslaw.com
2  THOMAS S. KIDDE, SB# 61717
      E-Mail: kidde@lbbslaw.com
3  JOSEPHINE BROSAS, SB# 239342
      E-Mail: brosas@lbbslaw.com
4  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
5  Los Angeles, California 90012
   Telephone: (213) 250-1800
6  Facsimile: (213) 250-7900

7  RALPH A. ZAPPALA, SB# 102052
      E-Mail: zappala@lbbslaw.com
8  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
9  San Francisco, California 94104
   Telephone: (415) 362-2580
10 Facsimile: (415) 434-0882

11 Attorneys for Plaintiff Pacific Information
   Resources, Inc.

12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16 Pacific Information Resources, Inc.,      ) CASE NO. C06-02306 MMC
                                             )
17              Plaintiff,                   ) **STIPULATION TO EXTEND DATE**
                                             ) **FOR RESPONSE TO SANCTION**
18      v.                                   ) **ORDER AND EXCHANGE OF**
                                             ) **DECLARATION; AND [PROPOSED]**
19 Diana Musselman, etc.,et al,              ) **ORDER**
                                             )
20              Defendants.                  )
   _____)

21

22        Pursuant to the Order of June 4, 2008, Dkt. 344, Plaintiff Pacific Information

23 Resources, Inc. ("PIR") was ordered to reimburse certain defendants for the

24 attorneys' fees and costs incurred in presenting a motion to strike a supplemental

25 report of Professor Hadas.  In accordance with a stipulation and this Court's Order

26 of June 19, 2008, Dkt. 348, the date for any party to file an objection to the June 4,

27 2008 Order was continued to fourteen (14) days after the mediation, and the

28 declaration of the defendants as to the fees and costs incurred was to be filed the

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1    day before.

2           The parties participated in a mediation on July 9, 2008 before the Hon.

3    Dicktran Tevrizian (Ret.) in Los Angeles and a resolution of the action as between

4    PIR and Defendants Pareotologic, Inc. and Peter and Renee Dunbar was agreed to at

5    that time and such defendants agreed to waive any sanctions.  PIR and Defendants

6    Airon, Corp., Alexi Borisov and Levon Gasparian (collectively "Airon") continue to

7    discuss settlement.

8           Pursuant to the Stipulation and Order, Airon's declaration as to the fees and

9    costs incurred is due on July 23, 2008 and PIR's objection to the Order of June 4,

10   2008 is due on July 24, 2008.

11          Given the resolution as between some of the defendants, and the ongoing

12   discussions with the remaining affected defendants, counsel for PIR and Airon have

13   agreed, with the Court's approval, that the objection of PIR to the Order re

14   sanctions, originally due on July 24, 2008, may now be due on or before August 6,

15   2008.  In addition, the declaration as to fees and costs of Airon, which was to be

16   exchanged on July 23, 2008, shall now be exchanged on August 4, 2008.  In

17   accordance with Local Rule 6-2, this is the second request for modification of the

18   due dates herein and this stipulation does not affect any pending hearings or other

19   dates as established by the Court.

20

21    DATED:  July 23, 2008

                                        Respectfully submitted,

22

23                                      DAVID N. MAKOUS
                                        THOMAS S. KIDDÉ
24                                      RALPH A. ZAPPALA
                                        JOSEPHINE BROSAS
25                                      LEWIS BRISBOIS BISGAARD & SMITH LLP

26

                                        By_____/s/ Thomas S. Kiddé_____
27                                          Thomas S. Kiddé
                                            Attorneys for Plaintiff Pacific Information
28                                          Resources, Inc.

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4817-6377-2418.1                          -2-
STIPULATION TO EXTEND TIME TO RESPOND TO SANCTION ORDER

DUNCAN C. TURNER
ALYSSA WHITE
BADGLEY~MULLINS LAW GROUP


By _____/s/ Alyssa White_____
      Alyssa White
      Attorneys for Defendants Airon, Corp., Alexi
      Borisov and Levon Gasparian

**ORDER**

~~[PROPOSED ORDER]~~

Having reviewed the Stipulation of the Parties, and FOR GOOD CAUSE SHOWN,

**IT IS ORDERED THAT:**

1.   The dated on which Airon is to exchange with counsel for PIR the fees and costs incurred in the motion to strike as required by the Order of Magistrate Judge Zimmerman, Dkt. 344, is continued to August 4, 2008.

2.   The date on which PIR is to file any objections to the Order of Magistrate Judge Zimmerman is continued to August 6, 2008.

3.   All other dates as set forth in this Court's Order of June 19, 2008, Dkt. 348, shall remain unchanged.

Dated: July 24 , 2008




_____
Honorable Maxine M. Chesney
United States District Judge

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800