IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIANA MUSSELMAN, et al., <br><br> Defendants / | No. C 06-2306 MMC <br><br> **ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANTS PARETOLOGIC, INC., RENEE DUNBAR, AND PETER DUNBAR** |

Plaintiff having advised the Court it has reached a settlement with defendants Paretologic, Inc., Renee Dunbar, and Peter Dunbar, (see Docket # 354),

IT IS HEREBY ORDERED that plaintiff's claims against Paretologic, Inc., Renee Dunbar, and Peter Dunbar are dismissed without prejudice, provided, however, that if any of said parties certifies to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated.

**IT IS SO ORDERED.**

Dated: July 24, 2008

_____
MAXINE M. CHESNEY
United States District Judge