IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC.,<br><br>　　　　Plaintiff,<br>　v.<br>DIANA MUSSELMAN, et al.,<br><br>　　　　Defendants<br>_____/ | No. C 06-2306 MMC<br><br>**ORDER DIRECTING CLERK TO ENTER FINAL JUDGMENT ON PLAINTIFF'S CLAIMS AGAINST DEFENDANT DIANA MUSSELMAN** |

　　　By order filed July 21, 2008, the Court granted plaintiff's motion for partial summary judgment against Diana Musselman ("Musselman"). By separate order, also filed July 21, 2008, the Court directed the parties to show cause, no later than July 31, 2008, why the Court should not direct entry of a final judgment on plaintiff's claims against Musselman, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. To date, no party has filed a response to the Court's July 21, 2008 order to show cause.

　　　Accordingly, for the reasons stated by the Court in the July 21, 2008 order to show cause, the Court finds there is "no just reason" to delay entry of a final judgment on plaintiff's claims against Musselman, see Fed. R. Civ. P. 54(b), and hereby directs the Clerk to enter such final judgment.

　　　**IT IS SO ORDERED**.

Dated: August 1, 2008

　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge