IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PACIFIC INFORMATION RESOURCES, INC.,

        Plaintiff,

  v.

DIANA MUSSELMAN, et al.,

        Defendants.
        _____/

No. CV-06-2306 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the Court hereby GRANTS Plaintiff Pacific's Motion for Partial Summary Judgment with respect to the 7th, 19th, 30th, and 31st claims for relief against Diana Musselman, and further declares this to be a final determination of liability for these particular claims for relief.

Finally, the Court finds it is undisputed that Pacific incurred damages in the amount of $760,050 (see Bond Decl. Paragraph 24), and further finds Diana Musselman is jointly and severally liable with Mark Musselman, (see Civil Case No. 07-1918 MMC, Docket #31), for such amount.

Dated: August 1, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk