1  DAVID N. MAKOUS, SB# 082409
     E-Mail: makous@lbbslaw.com
2  THOMAS S. KIDDE, SB# 61717
     E-Mail: kidde@lbbslaw.com
3  JOSEPHINE BROSAS, SB# 239342
     E-Mail: brosas@lbbslaw.com
4  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
5  Los Angeles, California  90012
   Telephone: (213) 250-1800
6  Facsimile: (213) 250-7900

7  RALPH A. ZAPPALA, SB# 102052
     E-Mail: zappala@lbbslaw.com
8  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
9  San Francisco, California 94104
   Telephone: (415) 362-2580
10 Facsimile: (415) 434-0882

11 Attorneys for Plaintiff Pacific Information
   Resources, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Information Resources, Inc., | CASE NO. C06-02306 MMC |
| Plaintiff, | **THIRD STIPULATION TO EXTEND DATE FOR RESPONSE TO SANCTION ORDER AND EXCHANGE OF DECLARATION; AND ORDER THEREON** |
| v. | |
| Diana Musselman, etc., et al, | |
| Defendants. | |

Pursuant to the Order of June 4, 2008, Dkt. 344, Plaintiff Pacific Information Resources, Inc. ("PIR") was ordered to reimburse certain defendants for the attorneys' fees and costs incurred in presenting a motion to strike a supplemental report of Professor Hadas.  In accordance with a stipulation and this Court's Order of June 19, 2008, Dkt. 348, the date for any party to file an objection to the June 4, 2008 Order was continued to fourteen (14) days after the mediation, and the declaration of the defendants as to the fees and costs incurred was to be filed the day before.

1  The parties participated in a mediation on July 9, 2008 before the Hon. Dicktran Tevrizian (Ret.) in Los Angeles and a resolution of the action as between PIR and Defendants Pareotologic, Inc. and Peter and Renee Dunbar was agreed to at that time and such defendants agreed to waive any sanctions.

PIR and Defendants Airon, Corp., Alexi Borisov and Levon Gasparian (collectively "Airon") have continued to discuss settlement and, as a result, previously filed a stipulation (Dkt. No. 354) to continue the dates for the submission of Airon's declaration as to the fees and costs and PIR's objection to the Order of June 4, 2008.

Given the ongoing discussions, counsel for PIR and Airon have agreed, with the Court's approval, that the objection of PIR to the Order re sanctions, presently due on August 6, 2008, may now be due on or before August 18, 2008. In addition, the declaration as to fees and costs of Airon, which was to be exchanged on August 4, 2008, shall now be exchanged on August 15, 2008. In accordance with Local Rule 6-2, this is the third request for modification of the due dates herein and this stipulation does not affect any pending hearings or other dates as established by the Court.

DATED: August 5, 2008

Respectfully submitted,

DAVID N. MAKOUS
THOMAS S. KIDDE
RALPH A. ZAPPALA
JOSEPHINE BROSAS
LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ Thomas S. Kiddé
Thomas S. Kiddé
Attorneys for Plaintiff Pacific Information Resources, Inc.

DUNCAN C. TURNER

ALLYSSA WHITE
BADGLEY~MULLINS LAW GROUP


By_____/s/ Allyssa White_____
       Allyssa White
       Attorneys for Defendants Airon, Corp., Alexi
       Borisov and Levon Gasparian

**ORDER**

Having reviewed the Stipulation of the Parties, and FOR GOOD CAUSE SHOWN,

**IT IS ORDERED THAT:**

1. The date on which Airon is to exchange with counsel for PIR the fees and costs incurred in the motion to strike as required by the Order of Magistrate Judge Zimmerman, Dkt. 344, and this Court (Dkt. 354) is continued to August 15, 2008.

2. The date on which PIR is to file any objections to the Order of Magistrate Judge Zimmerman is continued to August 18, 2008.

3. All other dates as set forth in this Court's Order of June 19, 2008, Dkt. 348, shall remain unchanged.

Dated: August 7, 2008


     /s/ Vaughn R. Walker for
_____
     Honorable Maxine M. Chesney
     United States District Judge