**LEWIS BRISBOIS BISGAARD & SMITH LLP**
David N. Makous, SB# 82409
makous@lbbslaw.com
Thomas S. Kiddé, SB# 61717
kidde@lbbslaw.com
Josephine Brosas, SB# 239342
brosas@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiff
Pacific Information Resources

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES,<br><br>              Plaintiff,<br><br>       v.<br><br>DIANA MUSSLEMAN, et al,<br><br>              Defendants. | CASE NO. C06-2306 MMC<br><br>**STIPULATION AND ORDER [PROPOSED] OF DISMISSAL OF DEFENDANTS PARETOLOGIC INC., ELTON PEREIRA, ADRIAN PEREIRA AND JASON CARVALHO**<br><br>**Federal Rules of Civil Procedure, Rule 41(a)(2)** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), Plaintiff Pacific Information Resources, Inc. and Defendants Paretologic Inc., Elton Pereira, Adrian Pereira and Jason Carvalho, hereby stipulate, with the approval of the Court, as follows:

Plaintiff Pacific Information Resources, Inc. hereby dismisses, with prejudice, its complaint against Defendants Paretologic Inc., Elton Pereira, Adrian Pereira and Jason Carvalho.

4826-1548-2114.1

STIPULATION AND ORDER OF DISMISSAL

Each party to bear its own costs and attorneys' fees.

DATED: August 6, 2008          LAW OFFICES OF RUSSELL G. PETTI
                               Russell G. Petti


                         By    _____/s/ Russell G. Petti_____
                               Russell G. Petti
                               Attorneys for Defendants Paretologic Inc., Elton
                               Pereira, Adrian Pereira and Jason Carvalho

DATED: August 6, 2008

                               LEWIS BRISBOIS BISGAARD & SMITH LLP
                               David N. Makous
                               Thomas S. Kiddé
                               Josephine Brosas



                         By    _____/s/ Thomas S. Kiddé_____
                               Thomas S. Kiddé
                               Attorneys for Plaintiff Pacific Information
                               Resources, Inc.


## ORDER

Plaintiff Pacific Information Resources, Inc. and Defendants Paretologic Inc., Elton Pereira, Adrian Pereira and Jason Carvalho having stipulated to the dismissal of the action herein as to these Defendants, each side to bear their own costs

IT IS ORDERED that the complaint herein as to Defendants Paretologic Inc., Elton Pereira, Adrian Pereira and Jason Carvalho is dismissed, with prejudice, each party to bear his/its own costs.


Dated:     August 18, 2008

                                    _____
                                    Hon. Maxine M. Chesney
                                    United States District Court Judge