Duncan C. Turner  
*Admitted Pro Hac Vice*  
Washington State Bar #20597  
Allyssa J. White  
*Admitted Pro Hac Vice*  
Washington State Bar #38429  
Badgley~Mullins Law Group  
701 5th Avenue, #4750  
Seattle, WA 98104  
Telephone: (206) 621-6566  
Facsimile: (206) 621-9686  
E-mail:  duncanturner@badgleymullins.com  
          awhite@badgleymullins.com  

Attorneys for Defendant Airon Corporation

The Honorable Judge Maxine Chesney

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br> Plaintiff, <br><br> V. <br><br> DIANA MUSSELMAN, individually and d/b/a COURTSONLINE.ORG, et al., <br><br> Defendants. | Case No. C06-2306 MMC <br><br> **FOURTH STIPULATION TO EXTEND DATE FOR RESPONSE TO SANCTION ORDER AND EXCHANGE OF DECLARATION; AND ORDER THEREON** |

Pursuant to the Order of June 4, 2008, Dkt. 344, Plaintiff Pacific Information Resources, Inc. ("PIR") was ordered to reimburse certain defendants for the attorneys' fees and costs incurred in presenting a motion to strike a supplemental report of Professor Hadas. In accordance with a stipulation and this Court's Order of June 19, 2008, Dkt. 348, the date for any party to file an objection to the June 4, 2008 Order was continued to fourteen (14) days after the mediation, and the declaration of the defendants as to the fees and costs incurred was to be filed the day before.

FOURTH STIPULATION TO EXTEND DATE
FOR RESPONSE TO SANCTION ORDER AND
EXCHANGE OF DECLARATION;
AND ORDER THEREON - 1

Case No. C06-2306 MMC

BADGLEY ~ MULLINS
LAW GROUP
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

The parties participated in a mediation on July 9, 2008, before the Hon. Dickran Tevrizian (Ret.) in Los Angeles and a resolution of the action as between PIR and Defendants Pareotologic, Inc. and Peter and Renee Dunbar was agreed to at that time and such defendants agreed to waive any sanctions.

PIR and Defendants Airon, Corp., Alexi Borisov and Levon Gasparian (collectively "Airon") have continued to discuss settlement, and, as a result, previously filed stipulations (Dkt. Nos. 354 and 361) to continue the dates for the submission of Airon's declaration as to the fees and costs and PIR's objection to the Order of June 4, 2008.

Given the parties have exchanged agreements and are resolving the final terms of settlement, counsel for PIR and Airon have agreed, with the Court's approval, that the objection of PIR to the Order regarding sanctions, presently due on August 18, 2008, may now be due on or before August 28, 2008. In addition, the declaration as to fees and costs of Airon, which was to be exchanged on August 15, 2008, shall now be exchanged on August 26, 2008. In accordance with Local Rule 6-2, this is the fourth request for modification of the due dates herein and this stipulation does not affect any pending hearings or other dates as established by the Court.

//
//
//
//

FOURTH STIPULATION TO EXTEND DATE
FOR RESPONSE TO SANCTION ORDER AND
EXCHANGE OF DECLARATION;
AND ORDER THEREON - 2

Case No. C06-2306 MMC

BADGLEY ~ MULLINS
LAW GROUP
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686

Case 3:06-cv-02306-MMC   Document 364   Filed 08/19/08   Page 3 of 3

Dated this 15th day of August, 2008.

BADGLEY~MULLINS LAW GROUP

/s/ Allyssa J. White
*Admitted Pro Hac Vice*
Duncan C. Turner WSBA #20597
Allyssa J. White WSBA #38426
Attorneys for Airon Defendants

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Thomas S. Kiddé
Thomas S. Kiddé
David N. Makous
Ralph A. Zappala
Josephine Brosas
Attorneys for Plaintiff Pacific Information Resources, Inc.

## ORDER

Having reviewed the Stipulation of the Parties, and FOR GOOD CAUSE SHOWN,

IT IS ORDERED THAT:

1. The date on which Airon is to exchange with counsel for PIR the fees and costs incurred in the motion to strike as required by the Order of Magistrate Judge Zimmerman, Dkt. 344, and this Court (Dkt. 354 and 361) is continued to August 26, 2008.

2. The date on which PIR is to file any objections to the Order of Magistrate Judge Zimmerman is continued to August 28, 2008.

3. All other dates as set forth in this Court's Order of June 19, 2008, Dkt. 348, shall remain unchanged.

Dated this __19th__ day of August, 2008

Honorable Maxine M. Chesney
United States District Judge

FOURTH STIPULATION TO EXTEND DATE
FOR RESPONSE TO SANCTION ORDER AND
EXCHANGE OF DECLARATION;
AND ORDER THEREON - 3

Case No. C06-2306 MMC

BADGLEY ~ MULLINS
LAW GROUP
4750 Columbia Center
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 621-6566
Fax: (206) 621-9686