DAVID N. MAKOUS, SB# 082409
  E-Mail: makous@lbbslaw.com
THOMAS S. KIDDE, SB# 61717
  E-Mail: kidde@lbbslaw.com
JOSEPHINE BROSAS, SB# 239342
  E-Mail: brosas@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

RALPH A. ZAPPALA, SB# 102052
  E-Mail: zappala@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Plaintiff Pacific Information Resources, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Information Resources, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Diana Musselman, etc., et al, <br><br> Defendants. | CASE NO. C06-02306 MMC <br><br> **NOTICE OF SETTLEMENT IN LIEU OF JOINT STATUS REPORT** <br><br> AND ORDER CONTINUING STATUS CONFERENCE |

    Plaintiff Pacific Information Resources, Inc. ("PIR") and the Defendants were required to file a Joint Status Report on or before August 29, 2008.  As the Court is aware, PIR has already entered into a settlement with Defendants Pareotologic, Inc. and Peter and Renee Dunbar.  PIR and the remaining Defendants Airon Corp., Alexi Borisov and Levon Gasparian (collectively "Airon") have now agreed to a resolution of the action as well, a part of which includes Airon's waiver of any claim for sanctions as was ordered to reimburse certain defendants for the attorneys' fees and

costs incurred in presenting a motion to strike a supplemental report of Professor Hadas.

The parties are in the process of finalizing the settlement and once it is complete, a dismissal will be filed. The parties anticipate this will be on or before September 29, 2008.

DATED: August 29, 2008

Respectfully submitted,

DAVID N. MAKOUS
THOMAS S. KIDDÉ
RALPH A. ZAPPALA
JOSEPHINE BROSAS
LEWIS BRISBOIS BISGAARD & SMITH LLP


By  /s/ Thomas S. Kiddé
Thomas S. Kiddé
Attorneys for Plaintiff Pacific Information Resources, Inc.



DUNCAN C. TURNER
ALLYSSA J. WHITE
BADGLEY~MULLINS LAW GROUP


By  /s/ Allyssa J. White
Allyssa J. White
Attorneys for Defendants Airon, Corp., Alexi Borisov and Levon Gasparian

## ORDER

Good cause appearing, the status conference is hereby CONTINUED from September 5, 2008 to October 10, 2008. A Joint Status Conference Statement shall be filed no later than October 3, 2008. In the event a dismissal has been filed by or on such date, no statement is necessary.

Dated: August 29, 2008

*Maxine M. Chesney*
Maxine M. Chesney
United States District Judge