**LEWIS BRISBOIS BISGAARD & SMITH LLP**
David N. Makous, SB#82409
makous@lbbslaw.com
Thomas S. Kiddé, SB# 61717
kidde@lbbslaw.com
Josephine Brosas, SB#239342
brosas@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Tel: (213) 250-1800
Fax: (213) 250-7900

Ralph A. Zappala, SB# 102052
zappala@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Tele: (415) 362-2580
Fax: (415) 434-0882

Attorneys for Plaintiff
PACIFIC INFORMATION RESOURCES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC.<br><br>Plaintiff,<br><br>v.<br><br>DIANA MUSSELMAN, ET AL<br><br>Defendant. | CASE NO. C06-2306 MMC<br><br>**SUBSTITUTION OF ATTORNEY AND ORDER** [PROPOSED] |

Plaintiff Pacific Information Resources, Inc. hereby requests that the Court approve the substitution Lewis Brisbois Bisgaard & Smith LLP/David N. Makous, Thomas S. Kiddé, Josephine Brosas, 221N. Figueroa Street, Suite 1200, Los Angeles, California 90012, (213) 250-1800 and Ralph A. Zappala, One Sansome Street, Suite 1400, San Francisco, California 94104, (415) 362-2580 as attorney of

///
///

1  record in place and stead of Novo Law Group, P.C. and Konrad L. Trope.

2  Dated: September 3, 2008                PACIFIC INFORMATION RESOURCES, INC.

5                                           By: _____
                                                 Timothy Koster, President

7  I further consent to the above substitution.

9  Dated: September 10, 2008              NOVO LAW GROUP, P.C.

12                                          By: _____
                                                 Konrad L. Trope

14  I am duly admitted to practice in this District and accept the above
15  substitution.

16  Dated: September 3, 2008              LEWIS BRISBOIS BISGAARD & SMITH LLP

19                                          By _____
                                                 Thomas S. Kidde

21                                          **ORDER**

22  The Court hereby orders that the request of Plaintiff Pacific Information
23  Resources, Inc. to substitute Lewis Brisbois Bisgaard & Smith LLP, et al, in place
24  and stead of Novo Law Group, P.C. and Konrad L. Trope, is granted.

26  Dated: September 12, 2008
                                            _____
                                            Maxine M. Chesney, Judge
                                            United States District Court

4830-2142-0546.1                            -2-
                                   SUBSTITUTION OF ATTORNEY