**LEWIS BRISBOIS BISGAARD & SMITH LLP**
David N. Makous, SB# 82409
makous@lbbslaw.com
Thomas S. Kiddé, SB# 61717
kidde@lbbslaw.com
Josephine Brosas, SB# 239342
brosas@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiff
Pacific Information Resources

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES,<br><br>        Plaintiff,<br><br>    v.<br><br>DIANA MUSSLEMAN, et al,<br><br>        Defendants. | CASE NO. C06-2306 MMC<br><br>**STIPULATION AND ORDER [PROPOSED] OF DISMISSAL OF DEFENDANTS AIRON CORPORATION, ALEXI BORISOV AND LEVON GASPARIAN**<br><br>**Federal Rules of Civil Procedure, Rule 41(a)(2)** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), Plaintiff Pacific Information Resources, Inc. and Defendants Airon Corporation, Alexi Borisov and Levon Gasparian hereby stipulate, with the approval of the Court, as follows:

Plaintiff Pacific Information Resources, Inc. hereby dismisses, with prejudice, its complaint against Defendants Airon Corporation, Alexi Borisov and Levon Gasparian.

///

///

///

///

4835-0226-2019.1

STIPULATION AND ORDER OF DISMISSAL

Each party to bear its own costs and attorneys' fees.

DATED: September 22, 2008

BADGLEY ~ MULLINS LAW GROUP
Duncan C. Turner
Allyssa J. White

By     /s/ Duncan C. Turner
Duncan C. Turner
Attorneys for Defendants Airon Corporation,
Alexi Borisov and Levon Gasparian

DATED: September 30, 2008

LEWIS BRISBOIS BISGAARD & SMITH LLP
David N. Makous
Thomas S. Kiddé
Josephine Brosas

By     /s/ Thomas S. Kiddé
Thomas S. Kiddé
Attorneys for Plaintiff Pacific Information
Resources, Inc.

### ORDER

Plaintiff Pacific Information Resources, Inc. and Defendants Airon Corporation, Alexi Borisov and Levon Gasparian having stipulated to the dismissal of the action herein as to these Defendants, each side to bear their own costs

IT IS ORDERED that the complaint herein as to Defendants Airon Corporation, Alexi Borisov and Levon Gasparian is dismissed, with prejudice, each party to bear his/its own costs.

Dated: September 30, 2008

Hon. Maxine M. Chesney
United States District Court Judge

4835-0226-2019.1

STIPULATION AND ORDER OF DISMISSAL