DAVID N. MAKOUS, SB# 082409
  E-Mail: makous@lbbslaw.com
THOMAS S. KIDDE, SB# 61717
  E-Mail: kidde@lbbslaw.com
JOSEPHINE BROSAS, SB# 239342
  E-Mail: brosas@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

RALPH A. ZAPPALA, SB# 102052
  E-Mail: zappala@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Plaintiff Pacific Information Resources, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Information Resources, Inc., <br><br>  Plaintiff, <br><br> v. <br><br> Diana Musselman, etc.,et al, <br><br>  Defendants. | CASE NO. C06-02306 MMC <br><br> **NOTICE OF SETTLEMENT IN LIEU OF JOINT STATUS REPORT** AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE <br><br> AND ORDER THEREON |

     Plaintiff Pacific Information Resources, Inc. ("PIR") and the remaining Defendants were required to file a Joint Status Report  on or before October 3, 2008.  On September 30, 2008, PIR filed its Stipulation of Dismissal (Dkt. 369) of the remaining Defendants Airon Corp., Alexi Borisov and Levon Gasparian (collectively "Airon") and this Court's Order was entered on that date. (Dkt. 370). As PIR has now obtained a judgment or otherwise resolved its claims as to all of the Defendants herein, it respectfully requests that the Case Management Conference

scheduled for October 10, 2008 be vacated.

DATED: October 6, 2008

Respectfully submitted,

DAVID N. MAKOUS
THOMAS S. KIDDÉ
RALPH A. ZAPPALA
JOSEPHINE BROSAS
LEWIS BRISBOIS BISGAARD & SMITH LLP


By      /s/ Thomas S. Kiddé
   Thomas S. Kiddé
   Attorneys for Plaintiff Pacific Information Resources, Inc.

ORDER

Because plaintiff's claims against each defendant have been resolved, and the Clerk has closed the case, IT IS HEREBY ORDERED that the Case Management Conference is VACATED.

Dated: October 7, 2008

_____
United States District Judge